## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | 04652 |
| JOHN M. SCHOPPE,[1] | ) | Case No. 09 B ~~21255~~ |
| | ) | |
| Debtor. | ) | Judge John H. Squires |

### ORDER CONVERTING CASE UNDER CHAPTER 11
### TO CASE UNDER CHAPTER 7

This matter comes before the Court on the Official Unsecured Creditors Committee's motion to convert these Chapter 11 cases. After notice and a hearing, this Court finds that the cases should be converted to Chapter 7 under 11 U.S.C. §1112(b). Therefore,

**IT IS ORDERED THAT:**

1. These Chapter 11 cases are converted to Chapter 7 of the U.S. Bankruptcy Code, 11 U.S.C. §701, et. seq.

2. The Debtors-in-possession shall:

    a. forthwith account for and turn over to the Chapter 7 trustee all records and property of the estate under their custody and control as required by Fed.R.Bankr.P. 1019(4);

    b. on or before **August 2, 2010,** file a schedule of all unpaid debts incurred after the commencement of the Chapter 11 cases (including the names and addresses of all creditors) as required by Fed.R.Bankr.P. 1019(5); and

    c. on or before **August 18, 2010,** file a final report and account as required by Fed.R.Bankr.P. 1019(5).

---

[1] The Debtors in these Chapter 11 cases are John M. Schoppe (Case No. 09-4652); RML Capital Investment (Case No. 09-4609); Premier Homes, LLC (Case No. 09-04654); and Highland Real Estate of Aurora, Inc. (Case No. 09-04656).

3.  Pursuant to Fed.R.Bankr.P. 9001(9) the Court designates **John M. Schoppe** to perform the acts the Debtors are required to perform by this Order and the Federal Rules of Bankruptcy Procedure. The Designated Person is hereby ordered to perform, on behalf of the Debtor, the acts required by Paragraph 2 of this Order.

4.  This matter is set for a post-conversion status hearing on _8/26/10_ at _10:00 am_.

DATED: July 19, 2010            ENTER:     _____
                                            JOHN H. SQUIRES
                                            U.S. BANKRUPTCY JUDGE