IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: John M. Scholts           CASE NO. 09-4652 (consolidated)

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending July 19, 2010

BEGINNING BALANCE IN ALL ACCOUNTS     $58,775.67

RECEIPTS:
1. Receipts from operations           $243.58
2. Other Receipts                     $ —

DISBURSEMENTS:
3. Net payroll:
   a. Officers                        $2,867.10
   b. Others                          $ —

4. Taxes
   a. Federal Income Taxes            $ —
   b. FICA withholdings               $335.42
   c. Employee's withholdings         $722.06
   d. Employer's FICA                 $335.42
   e. Federal Unemployment Taxes      $ —
   f. State Income Tax                $ —
   g. State Employee withholdings     $124.62
   h. All other state taxes           $

5. Necessary expenses:
   a. Rent or mortgage payments(s)    $99.00
   b. Utilities                       $ —
   c. Insurance                       $1,532.15
   d. Merchandise bought for manufacture or sale $ —
   e. Other necessary expenses (specify)
      see disbursements               $77.01
                                      $

TOTAL DISBURSEMENTS                   $6,092.78

NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD  $(5,849.20)

ENDING BALANCE IN Chase Bank          $51,892.12
                  (Name of Bank)
ENDING BALANCE IN Bank of America     $1,034.35
                  (Name of Bank)

ENDING BALANCE IN ALL ACCOUNTS        $52,926.47

OPERATING REPORT Page 1

EXHIBIT "B"
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: John M. Schoffe     CASE NO.: 09-4652 (consolidated)

## RECEIPTS LISTING

FOR MONTH ENDING July 19, 2010

Bank: Chase Bank

Location: 1500 N. Orchard Aurora, IL. 60506

Account Name: John Schoffe

Account No.: 5724

| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|
| N/A | N/A | ∅ |

TOTAL: ∅

Receipts may be identified by major categories. It is not necessary to list each transaction separately by name of customer or invoice number. You must, however, create a separate list for each bank account to which receipts were deposited during the month.

OPERATING REPORT Page 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**John Schoppe Reciept Listing**
**Account # 5774**

$   --

**Total**   $   --

CASE NAME: _John M. Schoffs_   CASE NO.: _09-4652 (consolidated)_

### RECEIPTS LISTING

FOR MONTH ENDING _July 19_, 20_10_

Bank: _Chase Bank_
Location: _1500 N. Orchard, Aurora IL. 60506_
Account Name: _Highland Real Estate of Aurora, INC._
Account No.: _1285_

**DATE RECEIVED**       **DESCRIPTION**       **AMOUNT**

See attached

TOTAL: _243.58_

Receipts may be identified by major categories. It is not necessary to list each transaction separately by name of customer or invoice number. You must, however, create a separate list for each bank account to which receipts were deposited during the month.

OPERATING REPORT Page 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

# Receipts
## Chase 1285
### July 1 - 19, 2010

| Type | Num | Date | Name | Account | Amount |
|---|---|---|---|---|---|
| Deposit | | 07/07/2010 | | Debtor Chase Bank#*1285 | 243.58 |
| Payment | | 07/07/2010 | Nicor | Undeposited Funds | -243.58 |
| TOTAL | | | | | -243.58 |

CASE NAME: John M. Scholfs    CASE NO.: 09-4652 (consolidated)

## DISBURSEMENT LISTING

FOR MONTH ENDING July 19, 2010

Bank: Chase Bank

Location: 1500. N. Orchard, Aurora, IL. 60506

Account Name: John Scholfs

Account No.: 5774

| DATE DISBURSED | CHECK NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|

SEE Attached

TOTAL: 271.00

You must create a separate list for each bank account from which disbursements were made during the month.

OPERATING REPORT Page 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**John Schoppe Chase Account 5774**
**Disbursement Listing**

| Date | Check # | Written To | Description | Amount |
|---|---|---|---|---|
| 7/2/2010 | EFT | Discover | Credit Card Payment | $ 136.00 |
| 7/15/2010 | EFT | Member Card Services | Credit Card Payment | $ 135.00 |
| | | | Total | $ 271.00 |

CASE NAME: _John M. Schoppe_ CASE NO.: _09-4652 (Consolidated)_

## DISBURSEMENT LISTING

FOR MONTH ENDING _July 19_, 20_10_

Bank: _Chase Bank_

Location: _1500 N. Orchard Aurora, IL. 60506_

Account Name: _Highland Real Estate of Aurora, Inc._

Account No.: _1285_

| DATE DISBURSED | CHECK NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|

_See attached_

TOTAL: _5,821.78_

You must create a separate list for each bank account from which disbursements were made during the month.

OPERATING REPORT Page 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

# Disbursements
## Chase DIP Acct: *1285
### As of July 19, 2010

| Type | Date | Num | Name | Memo | Amount |
|---|---|---|---|---|---|
| **Debtor Chase Bank#*1285** | | | | | |
| Check | 07/06/2010 | A.W. | Chase Bank | service fee monthly | -46.00 |
| Check | 07/07/2010 | 1963 | Blue Cross Blue Shield - HR | Acct# ▓▓▓ - Bill Date: 6/28/10 | -1,532.15 |
| Check | 07/07/2010 | 1962 | Randall Self Storage | unit#8006 rent: 7/17-8/13/10 | -99.00 |
| Check | 07/07/2010 | 1961 | Internal Revenue Service | Notice# ▓▓▓ - 6/28/10 | -801.00 |
| Check | 07/08/2010 | 1960 | John Schoppe | payroll: 6/20-7/3/10 | -1,642.21 |
| Check | 07/08/2010 | 1959 | chris pennington-H.R. | payroll: 6/20-7/3/10 | -1,224.89 |
| Check | 07/08/2010 | 1958 | ILSDU | Chris Pennington - child support # ▓▓▓ | -367.83 |
| Check | 07/08/2010 | 1964 | BRITTNEY N. POWELL | 7/7 3 Hrs. 7/8 2 Hrs. | -108.70 |
| **Total Debtor Chase Bank#*1285** | | | | | **-5,821.78** |
| | | | | | **-5,821.78** |

CASE NAME: John M. Scholfes   CASE NO.: 09-4652

FOR MONTH ENDING July 19, 20 10

## STATEMENT OF INVENTORY

Beginning inventory $ ∅

Add: purchases $ ∅

Less: goods sold (cost basis) $ ∅

Ending inventory $ ∅

## PAYROLL INFORMATION STATEMENT

Gross payroll for this period $ 4,384.62

Payroll taxes due but unpaid $ ∅

## STATUS OF PAYMENTS TO SECURED CREDITORS AND LESSORS

| Name of Creditor/ Lessor | Date regular payment is due | Amount of Regular Payment | Number of Payments Delinquent* | Amount of Payments Delinquent* |
|---|---|---|---|---|
| Harris Bank | 30th | $11,198.00 | $113,921.28 | 10-17 |
| Randall self storage | 1st | $297.00 | ∅ | ∅ |
| Scholfes Design & Associates | 1st | $350.00 | ∅ | ∅ |

* Include only post-petition payments.

OPERATING REPORT Page 4

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: John M. Scholfe     CASE NO.: 09-4652

FOR MONTH ENDING July 19, 2010

## STATEMENT OF AGED RECEIVABLES

ACCOUNTS RECEIVABLE:

Beginning of month balance   $1,677,667.91
Add: sales on account        $6,795.78
Less: collections            $248.58
End of month balance         $1,684,215.11

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | TOTAL | End of Month |
|---|---|---|---|---|---|
| $6,552.20 | $6,552.20 | $6,552.20 | 1,664,558.51 | | $1,684,215.11 |

## STATEMENT OF ACCOUNTS PAYABLE (POST-PETITION)

Beginning of month balance   $57,674.49
Add: credit extended         $25,174.03
Less: payments of account    $0
End of month balance         $84,848.52

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | TOTAL | End of Month |
|---|---|---|---|---|---|
| $3,915.72 | $3,915.72 | $73,101.36 | | | $84,848.52 |

**ITEMIZE ALL POST-PETITION PAYABLES OVER 30 DAYS OLD ON A SEPARATE
SCHEDULE AND FILE WITH THIS REPORT**

Accounts Receivable
As of July 19, 2010

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| ADAMS ST 1401-1451 - ROBERTS-LEASE/OPTION | 0.00 | 0.00 | 0.00 | 0.00 | 565,682.82 | 565,682.82 |
| BAD DEBT - MILTON FRED | 0.00 | 0.00 | 0.00 | 0.00 | 1,400.00 | 1,400.00 |
| BAD DEBT 02 M/O - ANDERSON-JESSIE | 0.00 | 0.00 | 0.00 | 0.00 | 699.43 | 699.43 |
| BAD DEBT 06 - MONOMOY 1341 C4/SPIVEY R. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| BAD DEBT 06 M/O - MILLER KANISHA | 0.00 | 0.00 | 0.00 | 0.00 | 1,666.00 | 1,666.00 |
| BAD DEBT 08 M/O DIAZ MIGUEL | 0.00 | 0.00 | 0.00 | 0.00 | 3,721.39 | 3,721.39 |
| CHARLES ST 566 - PEARSALL-MORTGAGE | 0.00 | 105.00 | 105.00 | 105.00 | 525.00 | 840.00 |
| DEF OPTION 06 BRYANT 1133-TERR/FERM | 0.00 | 0.00 | 0.00 | 0.00 | 11,406.46 | 11,406.46 |
| DEF OPTION 06 RENNESOY 508-TER-FIRM | 0.00 | 0.00 | 0.00 | 0.00 | 4,923.75 | 4,923.75 |
| DOWNER PL E. 419 - 421 - CAMPOS-MORTGAGE | 0.00 | 267.59 | 267.59 | 267.59 | 22,273.48 | 23,076.25 |
| GILLETTE AVE 704 - RITAS MINISTRY | 0.00 | 840.00 | 840.00 | 840.00 | 12,919.00 | 15,439.00 |
| HAVERHILL CT. 460 - ATOLS - CONTRACT | 0.00 | 3,111.16 | 3,111.16 | 3,111.16 | 57,712.04 | 67,045.52 |
| HAVERHILL CT. 460 - ATOLS - ESCROW | 0.00 | 2,228.45 | 2,228.45 | 2,228.45 | 53,352.71 | 60,038.06 |
| INDIAN TRAIL E. 1301 | 0.00 | 0.00 | 0.00 | 0.00 | 158.36 | 158.36 |
| JSTERRA LLC - MISC | 0.00 | 0.00 | 0.00 | 0.00 | 105.00 | 105.00 |
| LASALLE S. 35 - SPENCER | 0.00 | 0.00 | 0.00 | 0.00 | 468.67 | 468.67 |
| MOVEOUT 08 LAFAYETTE ST 936 - DIAZ | 0.00 | 0.00 | 0.00 | 0.00 | -100.00 | -100.00 |
| MOVEOUT 08 MONOMOY ST 1357 A1 - WILLIAMS | 0.00 | 0.00 | 0.00 | 0.00 | 2,600.00 | 2,600.00 |
| MOVEOUT 08 MONOMOY ST 1357 B1 - REYNOLDS | 0.00 | 0.00 | 0.00 | 0.00 | 1,950.00 | 1,950.00 |
| MOVEOUT 08 PUEBLO RD 50 - GOOSSENS | 0.00 | 0.00 | 0.00 | 0.00 | -10.00 | -10.00 |
| MOVEOUT 09 CEDAR ST 245 - PENNINGTON | 0.00 | 0.00 | 0.00 | 0.00 | 1,333.05 | 1,333.05 |
| MOVEOUT 09 FIFTH ST S. 112 - GARCIA | 0.00 | 0.00 | 0.00 | 0.00 | 873.85 | 873.85 |
| MOVEOUT 09 FIFTH ST S. 114 - OLIVER/KRZYW | 0.00 | 0.00 | 0.00 | 0.00 | 3,961.00 | 3,961.00 |
| MOVEOUT 09 GALENA BLVD W. 569 - VERAS | 0.00 | 0.00 | 0.00 | 0.00 | 30,098.10 | 30,098.10 |
| MOVEOUT 09 MAPLE ST. 74 - HUBBARD/SMITH | 0.00 | 0.00 | 0.00 | 0.00 | 316.67 | 316.67 |
| MOVEOUT 09 MONOMOY ST 1341 B3 - CABAN | 0.00 | 0.00 | 0.00 | 0.00 | 1,440.42 | 1,440.42 |
| MOVEOUT 09 MONOMOY ST 1351 B3 - CUSTIS | 0.00 | 0.00 | 0.00 | 0.00 | 2,183.28 | 2,183.28 |
| MOVEOUT 09 MONOMOY ST 1351 D - SHULICK | 0.00 | 0.00 | 0.00 | 0.00 | 885.50 | 885.50 |
| MOVEOUT 09 MONOMOY ST 1357 C3 - GARCIA VE | 0.00 | 0.00 | 0.00 | 0.00 | 729.75 | 729.75 |
| MOVEOUT 09 MONOMOY ST 1357 C4 - PATRICK | 0.00 | 0.00 | 0.00 | 0.00 | 3,196.37 | 3,196.37 |
| MOVEOUT 09 MONOMOY ST 1361 B3 - HARRIS | 0.00 | 0.00 | 0.00 | 0.00 | 1,647.50 | 1,647.50 |
| MOVEOUT 09 MONOMOY ST 1361 C2 - RUBIO | 0.00 | 0.00 | 0.00 | 0.00 | 33.75 | 33.75 |
| MOVEOUT 09 MONOMOY ST 1377 B2 - DEAVER L. | 0.00 | 0.00 | 0.00 | 0.00 | 3,835.69 | 3,835.69 |
| MOVEOUT 09 MONOMOY ST 1377 B4 - LEIGH | 0.00 | 0.00 | 0.00 | 0.00 | 6,760.67 | 6,760.67 |
| MOVEOUT 09 MONOMOY ST 1381 A1 - PAPROCKI | 0.00 | 0.00 | 0.00 | 0.00 | -0.50 | -0.50 |
| MOVEOUT 09 MONOMOY ST 1381 B2 - DREW | 0.00 | 0.00 | 0.00 | 0.00 | 2,016.46 | 2,016.46 |
| MOVEOUT 09 MONOMOY ST 1381 B2 - TREZVANT | 0.00 | 0.00 | 0.00 | 0.00 | 1,903.00 | 1,903.00 |
| MOVEOUT 09 MONOMOY ST 1381 B4 - CRUZ | 0.00 | 0.00 | 0.00 | 0.00 | 943.50 | 943.50 |
| MOVEOUT 09 MONOMOY ST 1389 A1 - TOLLER | 0.00 | 0.00 | 0.00 | 0.00 | 761.25 | 761.25 |
| MOVEOUT 09 MONOMOY ST 1389 A2 - FLORES | 0.00 | 0.00 | 0.00 | 0.00 | 2,339.55 | 2,339.55 |
| MOVEOUT 09 MONOMOY ST 1389 A4 - GONZALEZ | 0.00 | 0.00 | 0.00 | 0.00 | 83.57 | 83.57 |
| MOVEOUT 09 OAKTON RD 744 - BELLING/SIMS | 0.00 | 0.00 | 0.00 | 0.00 | 2,937.03 | 2,937.03 |
| MOVEOUT 09 OAKTON RD 746 - HERNANDEZ/LEO | 0.00 | 0.00 | 0.00 | 0.00 | 5,018.11 | 5,018.11 |
| MOVEOUT 09 RAILROAD ST E. 136 #2 - CULLIS | 0.00 | 0.00 | 0.00 | 0.00 | 1,831.00 | 1,831.00 |
| MOVEOUT 09 RICHARD ST 900 - BARRERA | 0.00 | 0.00 | 0.00 | 0.00 | 4,912.75 | 4,912.75 |
| MOVEOUT 10 JERICHO RD 2112 LOWER - HANNAN | 0.00 | 0.00 | 0.00 | 0.00 | 7,625.61 | 7,625.61 |
| MOVEOUT 10 JERICHO RD 2112 UPPER - SNOPEK | 0.00 | 0.00 | 0.00 | 0.00 | 6,601.31 | 6,601.31 |
| MOVEOUT 10 OAKTON RD 732 - RUSSELL | 0.00 | 0.00 | 0.00 | 0.00 | 1,830.67 | 1,830.67 |
| MOVEOUT 10 OAKTON RD 734 - MCCOY | 0.00 | 0.00 | 0.00 | 0.00 | 4,659.49 | 4,659.49 |
| RT 126, 112 - ROBERTS - LEASE | 0.00 | 0.00 | 0.00 | 0.00 | 682,894.00 | 682,894.00 |
| SETTLERS LANE 27 - ROBERTS - LEASE/OPTION | 0.00 | 0.00 | 0.00 | 0.00 | 139,452.00 | 139,452.00 |
| TOTAL | 0.00 | 6,552.20 | 6,552.20 | 6,552.20 | 1,664,558.51 | 1,684,215.11 |

## Accounts Payable
### As of July 19, 2010

|  | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Ace Hardware | 0.00 | 0.00 | 0.00 | 0.00 | 27.57 | 27.57 |
| ADP - HR | 0.00 | 0.00 | 0.00 | 0.00 | 74.95 | 74.95 |
| Allied Waste Services / BFI | 0.00 | 0.00 | 0.00 | 0.00 | 73.57 | 73.57 |
| Blue Cross Blue Shield - HR | 0.00 | 0.00 | 0.00 | 0.00 | 2,663.61 | 2,663.61 |
| City of Aurora - HR | 0.00 | 0.00 | 0.00 | 0.00 | 158.62 | 158.62 |
| Leonardi & Company | 0.00 | 0.00 | 0.00 | 0.00 | 458.98 | 458.98 |
| Powell Heating & Cooling, Co.- HR | 0.00 | 0.00 | 0.00 | 0.00 | 145.00 | 145.00 |
| TAYLOR BEAN-J.S. | 0.00 | 2,443.22 | 2,443.22 | 2,443.22 | 31,761.86 | 39,091.52 |
| Village of LeLand | 0.00 | 0.00 | 0.00 | 0.00 | 131.90 | 131.90 |
| Washington Mutual | 0.00 | 1,472.50 | 1,472.50 | 1,472.50 | 19,142.50 | 23,560.00 |
| Exhibit "A" Schedule of unpaid debts | 0.00 | 0.00 | 0.00 | 0.00 | 18,462.80 | 18,462.80 |
| TOTAL | 0.00 | 3,915.72 | 3,915.72 | 3,915.72 | 73,101.36 | 84,848.52 |

Schedule of unpaid debts accrued during chapter 11

| Creditor | Address | Amount | Description |
|---|---|---|---|
| Roger Anderson, CPA | 2000 W. Galena Blvd. Suite 301 Aurora IL. 605056 | $2,645.00 | Tax Return Preparation |
| Chris Pennington | P.O. Box 262 Yorkville IL 60560 | $1,592.72 | Wages |
| John Schoppe | 126 S. Main St. Oswego IL. 60543 | $1,642.21 | Wages |
| Randall Self Storage | 1051 Ketel Ave. Suite 100 North Aurora, IL. 60542 | $297.00 | Storage units 8006,8010,8011 |
| Old Second Wealth Management | 37 South River St. Aurora, IL. 60506 | $510.00 | Trust Fees acct# AU |
| Old Second Wealth Management | 38 South River St. Aurora, IL. 60506 | $395.00 | Trust Fees Acct# AU |
| Old Second Wealth Management | 39 South River St. Aurora, IL. 60506 | $752.50 | Trust Fees Acct# AU |
| Old Second Wealth Management | 40 South River St. Aurora, IL. 60506 | $1,795.00 | Trust Fees Acct# AU |
| Old Second Wealth Management | 41 South River St. Aurora, IL. 60506 | $365.00 | Trust Fees Acct# AU |
| Old Second Wealth Management | 42 South River St. Aurora, IL. 60506 | $600.00 | Trust Fees Acct# AU |
| Chicago Title Land Trust Company | 171 North Clark St Suite 575 Chicago IL 60601 | $210.00 | Fees |
| Chicago Title Land Trust Company | 172 North Clark St Suite 575 Chicago IL 60601 | $520.00 | Fees |
| Fox Metro | 682 State Route 31, Oswego IL 60543 | $327.86 | Sewer bills |
| City of Batavia | 100 N Island Ave. Batavia, IL 60510 | $938.87 | Utilities |
| Weaver Landing Homeowner Association | 2721 Sperry Drive, Batavia IL 60510 | $550.00 | Association Dues |
| Nicor | P.O. Box 2020 Aurora, IL. 60507 | $68.33 | Utilities |
| City of Aurora | 1 S. Broadway Aurora, IL. 60505 | $364.57 | Inspection Fees, utilities |
| Comcast | P.O. Box 3002 Southeastern PA 19398 | $180.34 | Utilities |

| Creditor | Address | Amount | Description |
|---|---|---|---|
| AT&T | PO Box 8100 Aurora, IL 60507 | $1,691.45 | Utilities |
| Com Ed | PO Box 6111 Carol Stream, IL 60197 | $315.41 | Utilities |
| WE Energies | P.O. Box 2046 Milwaukee, WI. 53201 | $9.96 | Utilities |
| Chase Bank | Cardmember Service PO Box 15153 Wilmington DE 19886 | $141.94 | Credit Card |
| Konica Minolta | Dept. CH 19188 Palatine, IL 60055 | $1.64 | Services |
| American Family Insurance | P.O. Box 9462 Minneapolis, MN 55440 | $2,548.00 | Insurance |
| | | $18,462.80 | |

OPERATING REPORT Page 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: _John M. Scholle_ CASE NO.: _09-4652 (Consolidated)_

FOR MONTH ENDING _July 19_, 20_10_

### TAX QUESTIONNAIRE

Debtors in possession and trustees are required to pay all taxes incurred after the filing of their Chapter 11 petition on an as due basis. Please indicate whether the following post petition taxes or withholdings have been paid currently.

| | | | |
|---|---|---|---|
| 1. | Federal Income Taxes | Yes (X) | No ( ) |
| 2. | FICA withholdings | Yes (X) | No ( ) |
| 3. | Employee's withholdings | Yes (X) | No ( ) |
| 4. | Employer's FICA | Yes (X) | No ( ) |
| 5. | Federal Unemployment Taxes | Yes (X) | No ( ) |
| 6. | State Income Tax | Yes (X) | No ( ) |
| 7. | State Employee withholdings | Yes (X) | No ( ) |
| 8. | All other state taxes | Yes (X) | No ( ) |

If any of the above have not been paid, state below the tax not paid, the amounts past due and the date of last payment.

OPERATING REPORT Page 6

| Form 6123 (Rev. 06-97) | Department of the Treasury-Internal Revenue Service **Verification of Fiduciary's Federal Tax Deposit** |
|---|---|
| | **Do not attach this Notice to your Return** |
| TO | District Director, Internal revenue Service Attn: Chief, Special Procedures Function |
| FROM: | Name of Taxpayer _Highland Real Estate of Aurora_ |
| | Taxpayer Address _126 S. Main St. Oswego, IL. 60543_ |

The following information is to notify you of Federal tax deposit(s)(FTD) as required by the United States Bankruptcy Court
(complete sections 1 and/or 2 as appropriate):

| Section 1 Taxes Reported on Form 941, Employer's Quarterly Federal Tax Return | **Form 941 Federal Tax Deposit (FTD) Information** for the payroll period from _6/20/2010_ to _07/03/2010_ Payroll date _7/09/2010_ Gross wages paid to employees $_4,384.62_ Income tax withheld $_531.78_ Social Security (Employer's plus Employee's share of Social Security Tax) $_670.84_ Tax Deposited $_1,202.62_ Date Deposited _7/8/10_ |
|---|---|
| Section 2 Taxes Reported on Form 940, Employer's Annual Federal Unemployment Tax Return | **Form 940 Federal Tax Deposit (FTD) Information** for the payroll period from _6/20/10_ to _7/3/10_ Gross wages paid to employees $_4,384.62_ Tax Deposited $_0_ Date Deposited _N/A_ |

**Certification**
**(Certification is limited to receipt or electronic transmittal of deposit only)**
This certifies receipt or electronic transmittal of deposits described below for Federal taxes as defined in Circular E, Employer's Tax Guide (Publication 15)

| Deposit Method (check box) | ☐ Form 8109/8109B Federal Tax Deposit (FTD) coupon ☒ Electronic Federal Tax Payment System (EFTPS) Deposit | |
|---|---|---|
| Amount (Form 941 | Date of Deposit _7/8/10_ | EFTPS acknowledgment number or Form 8109 FTD received by: |

| Amount (Form 940 | Date of Deposit | EFTPS acknowledgment number or Form 8109 FTD received by: |
|---|---|---|
| Depositor's Employer Identification Number: 36-443-8745 | | Name and Address of Bank Chase Bank 1500 N. Orchard Rd. Aurora, IL 60506 |

Under penalties of perjury, I certify that the above federal tax deposit information is true and correct

Signed: _____  Date: 8/13/10

Name and Title (print or type)  CHRIS PENNINGTON
PRESIDENT
HIGHLAND REAL ESTATE OF AURORA, INC.

Cat. #43099Z   Form 6123 (rev. 06-97)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

### DECLARATION UNDER PENALTY OF PERJURY

CHRIS PENNINGTON
PRESIDENT
HIGHLAND REAL ESTATE OF AURORA, INC.

I, _____, acting as the duly authorized agent for the Debtor in Possession (Trustee) declare under penalty of perjury under the laws of the United States that I have read and I certify that the figures, statements, disbursement itemizations, and account balances as listed in this Monthly Report of the Debtor are true and correct as of the date of this report to the best of my knowledge, information and belief.

_____
For the Debtor In Possession (Trustee)

Print or type name and capacity of person signing this Declaration:

CHRIS PENNINGTON
PRESIDENT
HIGHLAND REAL ESTATE OF AURORA, INC.



# COPY

## Payroll Summary

**Client:** JLX
HIGHLAND REAL ESTATE OF AURORA
**Branch:** EA

**Period Covered:** 06/20/2010 - 07/03/2010
**Check Date:** 07/09/2010

**Run:** 14
**Week:** 27
**Qtr:** 3
**Page:** 1

### Payroll Totals

| Earnings | Amount | Federal Taxes | | State/Local Taxes | | Deductions | | Net Pay | # | Chks |
|---|---|---|---|---|---|---|---|---|---|---|
| | | SS/Med | 335.42 | IL State | 124.62 | HEALTH | 157.87 | | | |
| Gross SALARY | 4,384.62 | Fed Wt | 531.78 | | | CS2056 | 367.83 | | | |
| **Total Gross** | **4,384.62** | **Total Withholdings** | **991.82** | | | **Total Deductions** | **525.70** | | **2** | **2,867.10** |

### Taxes

| Tax Type | Deposit Responsibility | Total Taxes | Employer This Pay | Employee This Pay | Taxable Wages | # of Employees | Tax Rate | ID Number |
|---|---|---|---|---|---|---|---|---|
| Social Security/Medicare | ADP | 670.84 | 335.42 | 335.42 | 4,384.62 | 2 | | 36443874S |
| Federal Withholding | ADP | 531.78 | | 531.78 | 4,384.62 | 2 | | 36443874S |
| **Federal Deposit** | | **1,202.62** | **335.42** | **867.20** | | | | |
| IL State Income Tax | ADP | | | 124.62 | 4,384.62 | 2 | | 36-4438745 000 |
| IL Unemployment | ADP | 124.62 | | | | 2 | 7.2500 % | 4335590 9 |
| **ADP Responsibility** | | **1,327.24** | **335.42** | **991.82** | | | .8000 % | |
| **Total Taxes** | | **1,327.24** | **335.42** | **991.82** | | | | |

### Cash Flow Summary

| | Amount | Account Number | Bank Number | Bank Name |
|---|---|---|---|---|
| Checks | 2,867.10 | | | |
| Taxes - ADP Resp. | 1,327.24 — wired 7-8-10 & cnf # 411850187 | | | |
| ADP Invoice | 86.19 — will A/W | | | |
| **Cash Requirements** | **4,280.53** | XXXXXXXX | XXXXX1285 | 1ST CHGO CK BATAVIA |

### Messages

*We are responsible for depositing your payroll taxes listed above.*