**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 (Converted from Chapter 11 on July 19, 2010) |
| | ) | |
| John M. Schoppe[1], | ) | |
| | ) | Case No. 09-04652 |
| Debtor. | ) | |
| | ) | Substantively Consolidated |

### DEBTOR'S AMENDED FINAL REPORT

John M. Schoppe, by and through his attorneys, makes the following Amended Final Report, pursuant to Fed.R.Bankr.P. 1019(5):

**I.   UNPAID DEBTS INCURRED AFTER FILING OF PETITION AND PRIOR TO CONVERSION**

See Attached Schedule.

**II.  PROPERTY ACQUIRED AFTER FILING OF PETITION AND PRIOR TO CONVERSION**

None.

Respectfully submitted,

John M. Schoppe

By: s/ *John A. Lipinsky*

| | |
|---|---|
| John A. Lipinsky | Bradley J. Waller |
| ARDC: 6207678 | ARDC: 6198210 |
| Coman & Anderson, P.C. | Klein, Stoddard, Buck, Waller & Lewis, LLC |
| 2525 Cabot Drive, Suite 300 | 2045 Aberdeen Court, Suite A |
| Lisle, Illinois 60532 | Sycamore, Illinois 60187 |
| T: (630) 428-2660 | T: (815) 748-0380 |
| F: (630) 428-2549 | F: (815) 748-4030 |

Counsel for the Debtor

---

[1] On May 5, 2009, the Bankruptcy Court entered an order substantively consolidating the chapter 11 cases RML Capital Investment, LLC (Case No. 09-04609); John M. Schoppe (Case No. 09-04652); Premier Homes, LLC (Case No. 09-04654); and Highland Real Estate of Aurora, Inc. (Case No. 09-04656) into Schoppe, Case No. 09-04652.