**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| John M. Schoppe, | ) | Case No. 09-04652 |
| Debtor. | ) | |

**SEVENTH APPLICATION FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES**

NOW COMES Patrick M. Kinnally ("Kinnally") and submits this Seventh Application for Compensation and Reimbursement of Expenses. May it please the court.

1. For the time period December 15, 2010, through January 13, 2011, Kinnally's firm has incurred $1,240.00 in fees as outlined in Exhibit A attached hereto.

2. For the time period December 15, 2010, through January 13, 2011, Kinnally's firm has incurred $70.60 in expenses as outlined in Exhibit B attached hereto.

3. It is expected Kinnally's firm will incur an additional $450 in fees for the appearance to present this petition and the Motion for Filing of Accounting; $100 in fees for travel time to Chicago to present this petition and the Motion for Filing of Accounting; and $70.60 in travel expenses.

4. That said fees and expenses have been reasonably incurred for Kinnally to act as Receiver as appointed.

WHEREFORE, Patrick M. Kinnally, requests:

A. That his firm be paid the sum of $1,240.00 as and for attorney's fees.

B. That his firm be paid the sum of $70.60 as and for expenses.

C. This his firm be paid $620.60 for fees and expenses expected to be incurred at the time of presentation of this petition.

1

    D.    Such other and further relief as is equitable.

    Respectfully submitted,

    Kinnally Flaherty Krentz & Loran PC

    /s/ Patrick M. Kinnally
    Receiver

Patrick M. Kinnally   #3126201
Michael W. Lenert    #6297019
Kinnally Flaherty Krentz & Loran PC
2114 Deerpath Road
Aurora, IL 60506-7945
Phone:  (630) 907-0909
Fax:      (630) 907-0913