# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| JOHN M. SCHOPPE, | ) | Case No. 09-4652 |
| | ) | (Substantively Consolidated) |
| Debtor. | ) | |
| | ) | Hon. Carol A. Doyle |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Setpember 5, 2013, at 11:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Carol A. Doyle in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, 100 S. Third Street, Room 240, Geneva, Illinois, and present the attached **First And Final Application Of Gould & Pakter Associates, LLC For Compensation And Reimbursement Of Expenses As Forensic Accountants To The Trustee**.  You may appear at that time and place if you so desire.

Dated:  August 9, 2013

                                        Respectfully submitted,

                                        JENNER & BLOCK LLP

                                        By:      */s/ Christine L. Childers*
                                                  A Partner

Ronald R. Peterson (2188473)
Christine L. Childers (6277245)
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654-3456
Telephone: 312-222-9350
Facsimile: 312-527-0484

## **CERTIFICATE OF SERVICE**

I, Christine L. Childers, an attorney, hereby certify that on August 9, 2013, I caused a copy of the attached **Notice Of Motion** and **First And Final Application Of Gould & Pakter Associates, LLC For Compensation And Reimbursement Of Expenses As Forensic Accountants To The Trustee** to be served, as indicated on the attached Service lists, electronically on those entities who receive notice through the ECF system or by U.S. Mail, properly addressed and postage prepaid.



*/s/ Christine L. Childers*
Christine L. Childers

**SERVICE LIST**

**REGISTRANTS SERVED VIA CM/ECF NOTIFICATION**

- Jeffrey S. Burns    jburns@cbklaw.com
- Kurt M Carlson    kcarlson@muchshelist.com, knoonan@carlsondash.com
- Mark J. Carroll    carrollmark@ameritech.net
- Christine L Childers    cchilders@jenner.com, docketing@jenner.com; aallen@jenner.com;  mmatlock@jenner.com
- Carleen L Cignetto    cignettolaw@gmail.com
- William J Connelly    wconnelly@hinshawlaw.com
- Michael J. Davis    mdavis@archerbay.com, davislaw80@gmail.com
- Bruce Dopke    bruce@dopkelaw.com
- Megan A Drefchinski    mdrefchinski@collinslaw.com, ktaylor@collinslaw.com
- Kimberly A. Duda    kduda@kdudalaw.com, emma@kdudalaw.com; erica@kdudalaw.com
- Deborah K Ebner    dkebner@deborahebnerlaw.com, sbutz@deborahebnerlaw.com; webmaster@debnertrustee.com;  lizd@deborahebnerlaw.com
- Alan I Ehrenberg    aehrenberg@ehrenbergeganlaw.com
- Maria Georgopoulos    nd-three@il.cslegal.com
- Cameron M Gulden    USTPRegion11.es.ecf@usdoj.gov
- Fred R Harbecke    fredrharbecke@sbcglobal.net
- Richard L Hirsh    richala@sbcglobal.net
- Michael J Kalkowski    mkalkowski@fisherandshapirolaw.com, BK_IL_Notice@fisherandshapirolaw.com
- Patrick C Keeley    pkeeley@pkalaw.com, iutim@aol.com;  jsingleton@pkalaw.com; mtader@pkalaw.com;  tjackson@pkalaw.com;  npandey@pkalaw.com; dolson@pkalaw.com;  soliver@pkalaw.com
- Patrick M Kinnally    pkinnally@kfkllaw.com, mlenert@kfkllaw.com; tdegrado@kfkllaw.com
- Jason N Knapp    jknapp@jenner.com, mmatlock@jenner.com
- Kelly A Kramer    kkramer@dankramerlaw.com
- Connie J Lambert    cjlambert@deborahebnerlaw.com
- Richard G Larsen    rlarsen@kleinstoddard.com, vmaurer@kleinstoddard.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Patrick S Layng    rsafanda@xnet.com
- John A Lipinsky    jlipinsky@comananderson.com, khaskell@comananderson.com; kdavis@comananderson.com
- John A Lipinsky    jlipinsky@comananderson.com, khaskell@comananderson.com; kdavis@comananderson.com
- Tyler J Manic    tmanic@ehrenbergeganlaw.com
- Emily N Masalski    masalski@dlec.com, richards@dlec.com;  shump@dlec.com; emasalski@yahoo.com;  stein@dlec.com
- Kelly J McClintic    kmcclintic@keatingshure.com, smcclintic@keatingshure.com
- Kevin H Morse    khmorse@arnstein.com
- Monica C O'Brien    gstern1@flash.net
- Stanley W Papuga    spapuga@kropik.net

2

- Yanick Polycarpe    ypolycarpe@atty-pierce.com, northerndistrict@atty-pierce.com
- Dennis E. Quaid    dquaid@tcfhlaw.com
- Elizabeth E Richert    erichert@colemanlawfirm.com, dmueller@colemanlawfirm.com
- Arthur W Rummler    arthur.rummler@gmail.com, artrummler@juno.com
- Carl F Safanda    csafanda@xnet.com
- Roy Safanda    rsafanda@xnet.com, rsafanda@ecf.epiqsystems.com
- Carl F. Safanda, Esq    rsafanda@xnet.com
- Mark E Shure    mshure@llflegal.com, pfleming@llflegal.com
- Donald J Simantz    simantz@ashlaw.net
- Miriam R. Stein    mstein@chuhak.com, kgord@chuhak.com
- Gregory K Stern    gstern1@flash.net, steve_horvath@ilnb.uscourts.gov
- William T Surin    aslaw@mchsi.com
- Gloria C Tsotsos    nd-two@il.cslegal.com
- Bradley J Waller    bwaller@ksbwl.com, vmaurer@ksbwl.com
- Martin J Wasserman    mwasserman@carlsondash.com, knoonan@carlsondash.com
- Timothy P Whelan    tpwlaw@comcast.net, tpwlaw@comcast.net
- David O. Yuen    dyuen@tresslerllp.com, jborcia@tresslerllp.com; tresslerdocket@tresslerllp.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| **John M. Schoppe, Debtor** | ) Case No. 09-04652 |
| | ) Substantively Consolidated |
| | ) |
| _____ | ) Hon. Carol A. Doyle |

**FIRST AND FINAL APPLICATION OF GOULD & PAKTER ASSOCIATES, LLC
FOR COMPENSATION AND REIMBURSEMENT OF
<u>EXPENSES AS FORENSIC ACCOUNTANTS TO THE TRUSTEE</u>**

<u>Introduction</u>

1. On February 19, 2009 (the "Petition Date"), RML Capital Investments, LLC ("RML"), Highland Real Estate of Aurora, Inc. ("Highland"), Premier Homes, LLC ("Premiere") and John M. Schoppe ("Schoppe") filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Illinois (the "Bankruptcy Court").

2. On May 5, 2009, the Bankruptcy Court entered an order substantively consolidating the chapter 11 Debtors, RML, Highland, Premier into Schoppe (the "Debtor"), Case No. 09-04652.

3. On October 18, 2010, the Court granted the Motion to Employ and Retain Michael D. Pakter ("Pakter") and Gould & Pakter Associates, LLC ("G&P") as Forensic Accountants to Roy Safanda, not individually but as Chapter 7 Trustee of the estate of Schoppe, with compensation subject to further Order of this Court (Dkt.552).

4. By this Motion, Pakter and G&P requests compensation in the amount of $193,257 for professional services rendered to the Trustee during the period April 2010 through October 2011.

5. In order to assist the Trustee, Pakter and G&P has waived reimbursement for significant time spent on providing professional services, including but not limited to all time on administration and preparing this fee application. Additionally, Pakter and G&P waive reimbursement for all out of pocket expenses incurred during the same period. Pakter and G&P have not analyzed the total amount of out of pocket expenses so waived.

1

**6.** An itemization of the services rendered during the relevant period is attached to this Motion as Exhibit 1.

**7.** Pakter and G&P have received no prior allowances of interim compensation or expenses. Pakter and G&P received no advance payment pre-petition retainer from the Debtor, which would have been credited against any interim allowance made by this Court pursuant to this Motion.

**Background**

**8.** The Trustee selected Pakter and G&P for the reason that they are experienced in providing forensic accounting and financial consulting services to bankruptcy trustees and estates.

**9.** The nature and extent of the services that Pakter and G&P rendered at the request of the Trustee are generally as follows:

a. Assist the Trustee in an investigation of fraud;

b. Assist the Trustee in avoidance and recovery actions;

c. Investigate claims on behalf of the estate; and

d. Other financial analysis and investigatory procedures as requested by the Trustee.

**Interim Compensation and Expenses Requested**

**10.** G&P and/or its Managing Members provide financial forensics, commercial litigation services, internal investigations and financial analysis of disputes; calculate lost profits, economic damages, business interruption claims and earn-outs; value closely held businesses for shareholder litigation, family law services, estate and gift tax compliance and bankruptcy and business litigation; trace undisclosed assets, analyze financial transactions and balance; determine sources of funds used to acquire assets and reconstruct falsified and/or incomplete financial information.

G&P and/or its Managing Members are members of the Business Valuation and Forensic & Litigation Services Section of the American Institute of Certified Public Accountants and are affiliated with Friedman & Huey Associates LLP, a full service certified public accounting firm providing tax, accounting and business consulting, compliance, planning and advice throughout the United States.

**11.** The following is a summary of biographical information pertaining to those consultants who have been primarily involved in the representation of the Debtor. Other consultants at G&P have also participated to a lesser extent in this Chapter 7

2

case and their biographical information, if needed, is available on request. Each such consultant has significant experience and expertise in bankruptcy and litigation matters.

12. MICHAEL D. PAKTER is a Managing Member of the public accounting firm of Gould & Pakter Associates, LLC and has been practicing accounting in the State of Illinois as a Certified Public Accountant ("CPA") since 1988. Mr. Pakter focuses on financial analysis, forensic accounting, economic damages determination, valuation issues and financial investigations. He has experience in financial forensics, determining lost profits, avoidance actions, earn-outs, analyzing financial transactions and balances, fair value issues and reconstruction of falsified and/or incomplete financial information.

    Mr. Pakter provides consulting and litigation support services to trial lawyers, trustees, receivers, their clients, business owners and managers and state and local government. He has experience in financial analysis of disputed financial transactions in business/commercial litigation, conducting internal investigations, examining financial transactions, Court-ordered accountings, damages determination and bankruptcy core proceedings.

    Mr. Pakter has more than thirty-five years experience in financial analysis, financial forensics, accounting and internal investigations in diverse engagements and numerous industries. He has participated in public hearings and alternative dispute resolutions, submitted expert reports in several jurisdictions and testified in arbitrations, regulatory proceedings and State, Federal and Bankruptcy Courts. He has been engaged by Plaintiffs, Defendants, Trustees, Creditors' Committees, Debtors and Claims Adjustors.

    Mr. Pakter holds the following credentials:

    - Chartered Global Management Accountant (CGMA), *2012*
    - Certified Valuation Analyst (CVA), *(2011)*
    - Master Analyst in Financial Forensics (MAFF), *(2010)*
    - Certified in Financial Forensics (CFF), *(2008)*
    - Certified in Distressed Business Valuation (CDBV), *(2006)*
    - Certified Insolvency and Restructuring Advisor (CIRA), *(2002)*
    - Certified Fraud Examiner (CFE), *(1994)*
    - Certified Public Accountant (CPA), *(1988)*
    - Chartered Accountant (CA), *(1980)*

13. TODD D. RATHBUN was a CPA and Financial Litigation Consultant at the public accounting firm of Gould & Pakter Associates, LLC from 2005 to April 2012.  While at G&P, his educational background included a Bachelor's Degree in Accounting and Master's in Science of Accountancy from Loyola University in Chicago, Illinois. While at G&P, he provided financial analysis, forensic accounting, financial investigations and fraud audits.  He provided assistance with business valuations, business consulting services and assistance with testimony preparation for trial lawyers and the clients they represent.  He assisted with business valuations for estate and gift tax purposes, shareholder dissent and oppression matters, litigation and in conjunction with the preparation of buy/sell agreements.  He provided consulting to trial lawyers to assist them with lost profits and avoidance actions, economic damages measurement, financial analysis, cash flow projections and reconstruction of falsified or incomplete financial information.  While at G&P, Todd was an Associate Member of the Association of Certified Fraud Examiners.

14. ANDREA M. KATZENSTEIN was a Financial Litigation Consultant at the public accounting firm of Gould & Pakter Associates, LLC and was with the firm from 2004 to 2011.  Her educational background included a Bachelor's Degree with a double major in Finance and Management from University of Illinois at Chicago, Illinois and she was taking additional college accounting courses in preparation to sit for the CPA exam.  While at G&P, she provided consulting to trial lawyers to assist them with lost profits and other economic damages measurement and financial analysis. She also provided forensic accounting, financial investigations and fraud audits. She had experience in calculating lost profits, business interruption losses, evaluating cash flow projections, avoidance actions, other financial and economic damage analyses and the reconstruction of falsified or incomplete financial information.  She provided assistance with business valuations, business consulting services and assistance with testimony preparation for trial lawyers and the clients they represent.

    Andrea assisted with business valuations for estate and gift tax purposes, shareholder dissent and oppression matters, litigation and in conjunction with the preparation of buy/sell agreements.  While at G&P, she was an Associate Member of the Association of Certified Fraud Examiners and a Student Member of the Illinois CPA Society.

15. KATHERINE A. ROZZI is an Independent Contractor at the public accounting firm of Gould & Pakter Associates, LLC and has been working with the firm since 2008. Her educational background includes a Bachelor's Degree of Science in Visual Communications from Westwood College of Technology in Denver, Colorado.  She assists the firm with financial analysis, litigation support, and document review and management.  She has provided assistance with lifestyle analyses in preparation for family law proceedings in Illinois and creation and maintenance of databases for litigated disputes.  She has assisted in preparation for bankruptcy court proceedings, shareholder disputes and Federal fraud investigations.

**16.** The hourly rates usually charged by G&P in matters of this nature are as follows:

| | |
|---|---|
| Managing Members | $360 |
| Senior Associates | $180 |
| Other Professionals | $90 |
| Paraprofessionals | $45 |

**17.** The following chart depicts the total costs per month in representing the Debtor from April 2010 through October 2011:

| Month | Hours | Rate | Total |
|---|---|---|---|
| April 2010 | - | various | - |
| May 2010 | - | various | - |
| June 2010 | - | various | - |
| July 2010 | - | various | - |
| August 2010 | - | various | - |
| September 2010 | - | various | - |
| October 2010 | 70.45 | various | $13,131.00 |
| November 2010 | 89.40 | various | $15,759.00 |
| December 2010 | 276.33 | various | $39,029.40 |
| January 2011 | 309.50 | various | $41,193.00 |
| February 2011 | 34.50 | various | $6,408.00 |
| March 2011 | 14.90 | various | $3,240.00 |
| April 2011 | 132.00 | various | $16,020.00 |
| May 2011 | 82.10 | various | $10,359.00 |
| June 2011 | 214.42 | various | $24,528.60 |
| July 2011 | 220.30 | various | $23,589.00 |
| August 2011 | - | various | - |
| September 2011 | - | various | - |
| October 2011 | - | various | - |
| | | | $193,257.00 |

**18.** The following chart depicts the total costs per Phase completed by G&P in representing the Debtor from April 2010 through October 2011:

| Phase | Hours | Rate | Total |
|---|---|---|---|
| Phase A | - | no charge | - |
| Phase B | 112.50 | various | $19,269.00 |
| Phase C | 484.98 | various | $75,686.40 |
| Phase D | 807.82 | various | $93,261.60 |
| Phase E | 38.60 | various | $5,040.00 |
| | | | $193,257.00 |

**19.** The following chart depicts the total costs per G&P employee in representing the Debtor from April 2010 through October 2011:

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| M. Pakter | 29.90 | $360.00 | $10,764.00 |
| T. Rathbun | 459.48 | $180.00 | $82,706.40 |
| A. Katzenstein | 150.72 | $180.00 | $27,129.60 |
| D. Talpa | 1.80 | $180.00 | $324.00 |
| R. Ruffing | 1.70 | $180.00 | $306.00 |
| K. Rozzi | 521.40 | $90.00 | $46,926.00 |
| S. Vanden Heuvel | 273.00 | $90.00 | $24,570.00 |
| A. Cramton | 3.60 | $90.00 | $324.00 |
| J. Richards | 2.30 | $90.00 | $207.00 |
| A. Smith-Jordan | - | - | - |
| D. Curosh | - | - | - |
| | | | $193,257.00 |

**20.** The amount being sought as interim compensation under this Fee Application for Pakter and G&P for professional services provided to the Trustee is $193,257. Pakter and G&P waived all costs relating to Phase A including, but not limited to, expenses for preparation of this fee application.  These are not the only costs that Pakter and G&P have waived.

6

**Consulting Services Rendered to the Trustee**

**21.** Pakter and G&P performed the following phases of work:

   **A.** Engagement administration, conflict check, new client code, new case intake, case administration, billing, reporting costs to date to retaining counsel , preparing Fee Application and meetings and telephone calls related thereto.

   **B.** Engagement management, planning, supervision, status, gather and/or request additional information and/or documentation, document management, document control and meetings and telephone calls related thereto.

   **C.** Research, document review and meetings and telephone calls related thereto.

   **D.** Accounting and financial analysis including preparing analyses, schedules, charts and/or spreadsheets and meetings and telephone calls related thereto. Report findings and results of accounting and financial statement information and/or documentation to retaining counsel and meetings and telephone calls related thereto.

   **E.** Incorporate retaining counsel updates and inquiries into G&P's analyses, schedules, charts and/or spreadsheets for use by retaining counsel in drafting complaints (including quality control of accuracy and completeness of work supporting the complaints) and meetings and telephone calls related thereto.

**22.** Information used in the financial analysis performed for the Trustee was obtained from documents provided to Pakter and G&P, all of which were of a type reasonably relied on by experts in the field of financial analysis.

**23.** Pakter and G&P performed their work using financial analysis and forensic accounting techniques routinely used by CPAs and other professionals and were guided by the general standards contained in the AICPA's *Code of Professional Conduct and Bylaws* including, but not limited to, Rule 201 of the General Standards**.**

7

## Summary and Conclusions

24. Other than as provided in Section 504(b) of the Bankruptcy Code, Pakter and G&P has not shared, nor agreed to share, any compensation received as a result of this case with any person, firm or entity. The sole and exclusive source of compensation shall be funds of the Debtor.

25. Pakter and G&P asserts that the compensation requested in this Motion is reasonable compensation for the actual and necessary consulting services rendered based upon the time nature, extent and value of such professional services. Pakter and G&P further asserts that the cost of consulting services rendered for and on behalf of the Trustee is comparable to the cost of similar services in matters other than under the U.S. Bankruptcy Code.

26. Pakter and G&P assert that the compensation requested is fair, reasonable and warranted under the circumstances.

_____
**Michael D. Pakter**
**CA, CPA, CFE,**
**CIRA, CDBV, CFF,**
**MAFF, CVA, CGMA**
Managing Member
Gould & Pakter Associates, LLC
Chicago, Illinois
July 15, 2013

8