# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                          §
                                                §
SCHOPPE, JOHN M.                                §        Case No. 09-04652
                                                §
                        Debtor(s)               §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter      of the United States Bankruptcy Code was filed on
       . The case was converted to one under Chapter 7 on                . The
undersigned trustee was appointed on                  .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $

            Funds were disbursed in the following amounts:

            Payments made under an interim
            disbursement
            Administrative expenses
            Bank service fees
            Other payments to creditors
            Non-estate funds paid to 3rd Parties
            Exemptions paid to the debtor
            Other payments to the debtor

            Leaving a balance on hand of[1]               $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement
will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the
maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was                    and the deadline for filing governmental claims was                    . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $               .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $          as interim compensation and now requests a sum of $               , for a total compensation of $          [2] .  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $          , and now requests reimbursement for expenses of $          , for total expenses of $          [2] .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/Roy Safanda_____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

Exhibit A

| | |
|---|---|
| Case No: | 09-04652   JHS   Judge: John H. Squires |
| Case Name: | SCHOPPE, JOHN M. |
| For Period Ending: | 12/07/13 |

| | |
|---|---|
| Trustee Name: | Roy Safanda |
| Date Filed (f) or Converted (c): | 07/19/10 (c) |
| 341(a) Meeting Date: | 08/16/10 |
| Claims Bar Date: | 11/17/10 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 881 Upper Brandon | | 166,000.00 | Unknown | | 0.00 | Unknown |
| 2. Savannah Hotel | | 600,000.00 | 0.00 | | 10,000.00 | FA |
| 3. 1955 Linn Poer | | 225,000.00 | 225,000.00 | | 80,813.74 | FA |
| 4. Chap. 11 DIP (u) | | Unknown | 0.00 | | 61,126.77 | FA |
| 5. US Treas. (u) | | Unknown | 0.00 | | 6,175.00 | FA |
| 6. Adv. V. Hill (u) | | Unknown | 0.00 | | 4,000.00 | FA |
| 7. Coman Tr. Fd. (u) | | Unknown | 0.00 | | 13,707.83 | FA |
| 8. Post-Petition Interest Deposits (u) (u) | | Unknown | N/A | | 445.20 | Unknown |
| 9. Receiver (u) | | Unknown | 0.00 | | 79,245.43 | FA |
| 10. Security account | | 10,000.00 | 39,711.21 | | 39,711.21 | 0.00 |
| 11. Avoidance | | 0.00 | 0.00 | | 140,650.00 | 0.00 |

Gross Value of Remaining Assets

| | | | | |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,001,000.00 | $264,711.21 | $435,875.18 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

CHAOS!!

Initial Projected Date of Final Report (TFR): 01/01/12       Current Projected Date of Final Report (TFR): 01/01/13

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:   1

Exhibit B

| Case No: | 09-04652  -JHS | | Trustee Name: | Roy Safanda |
|---|---|---|---|---|
| Case Name: | SCHOPPE, JOHN M. | | Bank Name: | Old Second National Bank |
| | | | Account Number / CD #: | *******0491  Checking Account |
| Taxpayer ID No: | *******8702 | | | |
| For Period Ending: | 12/07/13 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/07/10 | 4 | Chap. 11 DIP Acct. | Pymt to TEE | 1290-000 | 11,126.77 | | 11,126.77 |
| 10/08/10 | 5 | US Treas. | Cr. Bal | 1290-000 | 6,175.00 | | 17,301.77 |
| 10/12/10 | 6 | Kant Hill | Settle Adv. | 1241-000 | 4,000.00 | | 21,301.77 |
| 11/03/10 | 2 | Luby | Sell Savanah | 1121-000 | 10,000.00 | | 31,301.77 |
| 11/08/10 | 001001 | Ebner | Chapt. 11 Fees | 6210-160 | | 9,140.08 | 22,161.69 |
| 11/12/10 | 7 | Coman | Refund | 1290-010 | 13,707.83 | | 35,869.52 |
| 12/15/10 | 001002 | Anderson CPA | Fees | 3410-000 | | 2,645.00 | 33,224.52 |
| 12/15/10 | 001003 | Robert McGrath | Fees | 6210-600 | | 17,248.65 | 15,975.87 |
| 12/15/10 | 001004 | Robert McGrath | Costs | 6220-000 | | 2,369.37 | 13,606.50 |
| 01/20/11 | 9 | Receiver | Turnover | 1221-000 | 79,234.43 | | 92,840.93 |
| 02/16/11 | 001005 | Inter. Sure. | Bond Premium | 2300-000 | | 53.00 | 92,787.93 |
| 02/16/11 | 001006 | Old 2nd Bank | Trans. to MM | 9999-000 | | 90,000.00 | 2,787.93 |
| 02/26/11 | 001006 | Randall Star | Invoice | 2410-000 | | 500.00 | 2,287.93 |
| 03/21/11 | 001007 | Secy. of State | Dissolve Highland | 2990-000 | | 5.00 | 2,282.93 |
| 03/29/11 | 001008 | Randall Storage | Unit 8006 | 2410-000 | | 722.00 | 1,560.93 |
| 04/01/11 | 001009 | 2 Men + Truck | Move Records | 2990-000 | | 867.00 | 693.93 |
| 04/12/11 | | Transfer from Acct #*******0509 | Bank Funds Transfer | 9999-000 | 140,116.85 | | 140,810.78 |
| 04/12/11 | 001010 | The Estate of John M. Schoppe | Transf. funds to Cap One | 9999-000 | | 140,810.78 | 0.00 |

| | | | Page Subtotals | | 264,360.88 | 264,360.88 | |

Page:   2

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 09-04652 -JHS | |
| Case Name: | SCHOPPE, JOHN M. | |
| | | |
| Taxpayer ID No: | *******8702 | |
| For Period Ending: | 12/07/13 | |

| | | |
|---|---|---|
| Trustee Name: | Roy Safanda | |
| Bank Name: | Old Second National Bank | |
| Account Number / CD #: | *******0491  Checking Account | |
| | | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 264,360.88 | 264,360.88 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | | 140,116.85 | 230,810.78 | |
| | | Subtotal | | 124,244.03 | 33,550.10 | |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | | 0.00 | |
| | | Net | | 124,244.03 | 33,550.10 | |

| | | |
|---|---|---|
| | Page Subtotals | 0.00 | 0.00 |

Ver: 17.03

Page:   3

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-04652  -JHS |
| Case Name: | SCHOPPE, JOHN M. |

| Taxpayer ID No: | *******8702 |
| For Period Ending: | 12/07/13 |

| Trustee Name: | Roy Safanda |
| Bank Name: | Old Second National Bank |
| Account Number / CD #: | *******0509  Money Market Account |

| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/07/10 | 4 | Chapter 11 DIP Acct. | Pmt. to TEE | 1290-010 | 50,000.00 | | 50,000.00 |
| 09/30/10 | 8 | Old Second National Bank | INTEREST | 1270-000 | 9.45 | | 50,009.45 |
| 10/31/10 | 8 | Old Second National Bank | INTEREST | 1270-000 | 12.74 | | 50,022.19 |
| 11/30/10 | 8 | Old Second National Bank | INTEREST | 1270-000 | 12.33 | | 50,034.52 |
| 12/31/10 | 8 | Old Second National Bank | INTEREST | 1270-000 | 12.75 | | 50,047.27 |
| 01/16/11 | | Old 2nd NB | Transfer from Checking | 9999-000 | 90,000.00 | | 140,047.27 |
| 01/31/11 | 8 | Old Second National Bank | INTEREST | 1270-000 | 12.75 | | 140,060.02 |
| 02/28/11 | 8 | Old Second National Bank | INTEREST | 1270-000 | 21.14 | | 140,081.16 |
| 03/31/11 | 8 | Old Second National Bank | INTEREST | 1270-000 | 35.69 | | 140,116.85 |
| 04/12/11 | | Transfer to Acct #*******0491 | Bank Funds Transfer | 9999-000 | | 140,116.85 | 0.00 |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 140,116.85 | 140,116.85 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 90,000.00 | 140,116.85 | |
| | | Subtotal | 50,116.85 | 0.00 | |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 50,116.85 | 0.00 | |

| | Page Subtotals | 140,116.85 | 140,116.85 |

LFORM24

**UST Form 101-7-TFR (5/1/2011)** *(Page: 6)*

Ver: 17.03

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   4

Exhibit B

| Case No: | 09-04652  -JHS | | Trustee Name: | Roy Safanda |
|---|---|---|---|---|
| Case Name: | SCHOPPE, JOHN M. | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******5667  Checking Account |
| Taxpayer ID No: | *******8702 | | | |
| For Period Ending: | 12/07/13 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/03/13 | | Trsf In From Capital One | INITIAL WIRE TRANSFER IN | 9999-000 | 151,916.69 | | 151,916.69 |
| 01/03/13 | | Trsf In From Capital One | INITIAL WIRE TRANSFER IN | 9999-000 | 240,206.65 | | 392,123.34 |
| 02/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 467.33 | 391,656.01 |
| 03/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 526.32 | 391,129.69 |
| 04/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 581.94 | 390,547.75 |
| 05/28/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 562.42 | 389,985.33 |
| 06/22/13 | 010001 | Piccione, Kelley & Assoc. | Adversary Case No. 11 A 756 | 8500-000 | | 44,542.20 | 345,443.13 |
| | | Attn:  Patrick C. Kelley | | | | | |
| | | 122 County Farm Rd. | | | | | |
| | | Wheaton, IL 60187 | | | | | |
| 06/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 580.36 | 344,862.77 |
| 07/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 547.96 | 344,314.81 |
| 08/26/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 512.39 | 343,802.42 |
| 09/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 511.61 | 343,290.81 |
| 10/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 494.36 | 342,796.45 |
| 11/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 510.07 | 342,286.38 |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 392,123.34 | 49,836.96 | 342,286.38 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 392,123.34 | 0.00 | |
| | | Subtotal | 0.00 | 49,836.96 | |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | 44,542.20 | |
| | | Net | 0.00 | 5,294.76 | |

Page Subtotals        392,123.34        49,836.96

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 09-04652  -JHS |
| Case Name: | SCHOPPE, JOHN M. |
| | |
| Taxpayer ID No: | *******8702 |
| For Period Ending: | 12/07/13 |

| | |
|---|---|
| Trustee Name: | Roy Safanda |
| Bank Name: | Capital One |
| Account Number / CD #: | *******7161  Money Market Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/12/11 | | The Estate of John M. Schoppe | Transf. funds to Cap One | 9999-000 | 140,810.78 | | 140,810.78 |
| 04/13/11 | 10 | National Financial Services | Insurance | 1129-000 | 39,711.21 | | 180,521.99 |
| 05/31/11 | 8 | Capital One | Interest Rate  0.000 | 1270-000 | 20.33 | | 180,542.32 |
| 06/03/11 | 9 | West Bend Mutual Insurance Company 1900 south 18th Ave. West Bend, WI  53095 | | 1221-000 | 11.00 | | 180,553.32 |
| 06/13/11 | 000101 | Whetlow Asset Management, LLC 1030 Lake Geneva Blvd. Lake Geneva, WI  53147 | Removall/disposal of refrigerator | 2410-000 | | 131.88 | 180,421.44 |
| 06/21/11 | 11 | R.J. Schoppe 27 Canterbury Rd. Aurora, IL  60506 | | 1241-000 | 40,000.00 | | 220,421.44 |
| 06/30/11 | 8 | Capital One | INTEREST REC'D FROM BANK | 1270-000 | 12.57 | | 220,434.01 |
| 07/19/11 | 000102 | Gary Lane 165 Emily Lane Darien, WI  53114 | Mow Lawn, Spring Clean Up | 2420-000 | | 290.00 | 220,144.01 |
| 07/29/11 | 8 | Capital One | Interest Rate  0.000 | 1270-000 | 14.98 | | 220,158.99 |
| 08/11/11 | 000103 | T. Huemann Well & Pump, Inc. 39608 60th St. Burlington, WI  53105 | Water | 2420-000 | | 455.00 | 219,703.99 |
| 08/18/11 | | Transfer to Acct #*******7188 | Bank Funds Transfer | 9999-000 | | 10,000.00 | 209,703.99 |
| 08/31/11 | 8 | Capital One | Interest Rate  0.000 | 1270-000 | 12.64 | | 209,716.63 |
| 09/30/11 | 8 | Capital One | Interest Rate  0.080 | 1270-000 | 13.79 | | 209,730.42 |
| 10/31/11 | 8 | Capital One | Interest Rate  0.080 | 1270-000 | 14.25 | | 209,744.67 |
| 11/30/11 | 8 | Capital One | Interest Rate  0.080 | 1270-000 | 13.79 | | 209,758.46 |
| 12/12/11 | 3 | Chicago Title Insurance Company 210 E. O'Connor Dr., # 107 Elkhorn, WI  53121 | | | 80,813.74 | | 290,572.20 |

Page Subtotals        301,449.08        10,876.88

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    6

Exhibit B

| | |
|---|---|
| Case No: | 09-04652  -JHS |
| Case Name: | SCHOPPE, JOHN M. |
| | |
| Taxpayer ID No: | *******8702 |
| For Period Ending: | 12/07/13 |

| | |
|---|---|
| Trustee Name: | Roy Safanda |
| Bank Name: | Capital One |
| Account Number / CD #: | *******7161  Money Market Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | CHICAGO TITLE INSURANCE COMPANY | Memo Amount:          205,000.00 | 1110-000 | | | |
| | | CHICAGO TITLE INSURANCE COMPANY | Memo Amount:                 8.44 | 1110-000 | | | |
| | | | Credit-Garbage Prorate | | | | |
| | | CHICAGO TITLE INSURANCE COMPANY | Memo Amount:             144.96 | 1110-000 | | | |
| | | | Credit-Prepaid Assoc dues | | | | |
| | | REALTOR | Memo Amount:      (    12,400.00 ) | 3510-000 | | | |
| | | | Realtor Commission | | | | |
| | | MORTGAGE PAYOFF | Memo Amount:      (  100,000.00 ) | 4110-000 | | | |
| | | | Mortgage Payoff | | | | |
| | | CHICAGO TITLE INSURANCE COMPANY | Memo Amount:      (        900.00 ) | 2500-000 | | | |
| | | | Title Charges | | | | |
| | | CHICAGO TITLE INSURANCE COMPANY | Memo Amount:      (        615.00 ) | 2820-000 | | | |
| | | | Transfer Tax | | | | |
| | | CHICAGO TITLE INSURANCE COMPANY | Memo Amount:      (        740.00 ) | 2500-000 | | | |
| | | | Assoc. Dues | | | | |
| | | CHICAGO TITLE INSURANCE COMPANY | Memo Amount:      (     9,684.66 ) | 2820-000 | | | |
| | | | R.E Tax | | | | |
| 12/30/11 | 8 | Capital One | Interest Rate  0.080 | 1270-000 | 17.44 | | 290,589.64 |
| 01/04/12 | 8 | Capital One | Interest Rate  0.080 | 1270-000 | 1.91 | | 290,591.55 |
| 02/14/12 | | Transfer to Acct #*******7188 | Bank Funds Transfer | 9999-000 | | 50,591.55 | 240,000.00 |
| 02/29/12 | 8 | Capital One | Interest Rate  0.080 | 1270-000 | 9.18 | | 240,009.18 |
| 03/30/12 | 8 | Capital One | Interest Rate  0.080 | 1270-000 | 20.33 | | 240,029.51 |
| 04/30/12 | 8 | Capital One | Interest Rate  0.080 | 1270-000 | 19.68 | | 240,049.19 |
| 05/31/12 | 8 | Capital One | Interest Rate  0.080 | 1270-000 | 20.33 | | 240,069.52 |
| 06/29/12 | 8 | Capital One | Interest Rate  0.080 | 1270-000 | 19.68 | | 240,089.20 |
| 07/31/12 | 8 | Capital One | Interest Rate  0.080 | 1270-000 | 20.34 | | 240,109.54 |
| 08/31/12 | 8 | Capital One | Interest Rate  0.080 | 1270-000 | 20.34 | | 240,129.88 |
| 09/28/12 | 8 | Capital One | Interest Rate  0.080 | 1270-000 | 19.68 | | 240,149.56 |
| 10/31/12 | 8 | Capital One | Interest Rate  0.080 | 1270-000 | 20.34 | | 240,169.90 |

| | | | Page Subtotals | | 189.25 | 50,591.55 | |

FORM 2

Page:   7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 09-04652  -JHS |
| Case Name: | SCHOPPE, JOHN M. |
| Taxpayer ID No: | *******8702 |
| For Period Ending: | 12/07/13 |

| | |
|---|---|
| Trustee Name: | Roy Safanda |
| Bank Name: | Capital One |
| Account Number / CD #: | *******7161  Money Market Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/30/12 | 8 | Capital One | Interest Rate  0.080 | 1270-000 | 19.69 | | 240,189.59 |
| 12/27/12 | 8 | Capital One | Interest Rate  0.080 | 1270-000 | 17.06 | | 240,206.65 |
| 01/03/13 | | Trsf To UNION BANK | FINAL TRANSFER | 9999-000 | | 240,206.65 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 205,153.40 | COLUMN TOTALS | | 301,675.08 | 301,675.08 | 0.00 |
| Memo Allocation Disbursements: | 124,339.66 | Less:  Bank Transfers/CD's | | 140,810.78 | 300,798.20 | |
| | | Subtotal | | 160,864.30 | 876.88 | |
| Memo Allocation Net: | 80,813.74 | Less:  Payments to Debtors | | | 0.00 | |
| | | Net | | 160,864.30 | 876.88 | |

LFORM24

Page Subtotals          36.75          240,206.65

Ver: 17.03

Page:   8

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 09-04652  -JHS | |
| Case Name: | SCHOPPE, JOHN M. | |

| | | |
|---|---|---|
| Trustee Name: | Roy Safanda | |
| Bank Name: | Capital One | |
| Account Number / CD #: | *******7188  Checking Account | |

| | |
|---|---|
| Taxpayer ID No: | *******8702 |
| For Period Ending: | 12/07/13 |

| | |
|---|---|
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/18/11 | | Transfer from Acct #*******7161 | Bank Funds Transfer | 9999-000 | 10,000.00 | | 10,000.00 |
| 08/18/11 | 001001 | Farris, Hansen & Associates, Inc. 7 Ridgway Ct. POB 437 Elkhorn, WI  53121 | Inv. No. 8422.01 | 2420-000 | | 300.00 | 9,700.00 |
| 08/18/11 | 001002 | Gary Lane 165 Emily Lane Darien, WI  53114 | Mow lawn 8/10, 8/15 | 2420-000 | | 245.00 | 9,455.00 |
| 08/19/11 | 001003 | Roy Safanda Safanda Law Firm 111 East Side Drive Geneva, IL  60134 | | 2420-000 | | 553.00 | 8,902.00 |
| 08/29/11 | 001004 | Allliant Energy/WP&L POB 3068 Cedar Rapids, IA  52406-3068 | Utility Services | 2420-000 | | 49.72 | 8,852.28 |
| 09/09/11 | 001005 | West Bend Mutual Insurance Company Bin 432 Milwaukee, WI  53288-0432 | | 2420-000 | | 568.00 | 8,284.28 |
| 09/29/11 | 001006 | Metro Reporting Services, Ltd. 310 S. County Farm Road, 3rd  Fl. Wheaton, IL  60187 | Transcript of Patrick M. Kinnally | 3120-000 | | 173.13 | 8,111.15 |
| 09/30/11 | 001007 | Alliant Energy/WP&L POB 3068 Cedar Rapids, IA  52406-3068 | Utility Bill | 2420-000 | | 14.56 | 8,096.59 |
| 10/12/11 | 001008 | Gary Lane 165 Emily Lane Darien, WI  53114 | Lawn Mowing | 2420-000 | | 245.00 | 7,851.59 |
| 10/12/11 | 001009 | Tom Billing N1704 Elm | Snow Plowing | 2420-000 | | 633.00 | 7,218.59 |

| | | |
|---|---|---|
| Page Subtotals | 10,000.00 | 2,781.41 |

Ver: 17.03

Page: 9

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-04652 -JHS | Trustee Name: | Roy Safanda |
| Case Name: | SCHOPPE, JOHN M. | Bank Name: | Capital One |
| | | Account Number / CD #: | *******7188 Checking Account |
| Taxpayer ID No: | *******8702 | | |
| For Period Ending: | 12/07/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Lake Geneva, WI 53147 | | | | | |
| 11/02/11 | 001010 | Alliant Energy/WP&L | Electric Bill | 2420-000 | | 12.21 | 7,206.38 |
| | | POB 3068 | | | | | |
| | | Cedar Rapids, IA 52406-3068 | | | | | |
| 11/10/11 | 001011 | Master Service, Inc. | Repair Furnace | 2420-000 | | 93.90 | 7,112.48 |
| | | N3481 Cr-H | | | | | |
| | | Lake Geneva, WI 53147 | | | | | |
| 11/22/11 | 11 | Carla S Lafferty | Collect Unsched'd Acct. Recvble | 1121-000 | 650.00 | | 7,762.48 |
| | | 216 Main St | | | | | |
| | | Mauston, WI 53948 | | | | | |
| 11/22/11 | 001012 | Gary Lane | Mowing Lawn | 2420-000 | | 175.00 | 7,587.48 |
| | | 165 Emily Lane | | | | | |
| | | Darien, WI 53114 | | | | | |
| 11/29/11 | 001013 | Gary Lane | Maintenance (Mow-Fall Clean UP) | 2420-000 | | 305.00 | 7,282.48 |
| | | 165 Emily Lane | | | | | |
| | | Darien, WI 53114 | | | | | |
| 12/01/11 | 001014 | Alliant Energy/WP&L | Electric Bill | 2420-000 | | 9.22 | 7,273.26 |
| | | POB 3068 | | | | | |
| | | Cedar Rapids, IA 52406-3068 | | | | | |
| 12/09/11 | 001015 | We Energies | Gas Bill | 2420-000 | | 43.67 | 7,229.59 |
| | | 231 W. Michigan St. | | | | | |
| | | Milwaukee, WI 53290-0001 | | | | | |
| 12/15/11 | 001016 | We Energies | Gas Bill | 2420-000 | | 4.92 | 7,224.67 |
| | | 231 W. Michigan St. | | | | | |
| | | Milwaukee, WI 53290-0001 | | | | | |
| 12/15/11 | 001017 | Alliant Energy / WP&L | Electric Bill | 2420-000 | | 20.42 | 7,204.25 |
| | | POB 3068 | | | | | |
| | | Cedar Raoids, IA 52406-3068 | | | | | |
| 12/22/11 | 001018 | West Bend Mutual Insurance Company | Insurance Premium | 2410-000 | | 568.00 | 6,636.25 |
| | | 1900 S. 18th Ave. | | | | | |

| | Page Subtotals | 650.00 | 1,232.34 | |

Page:　10

**Exhibit B**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-04652  -JHS |
| Case Name: | SCHOPPE, JOHN M. |

| Taxpayer ID No: | *******8702 |
| For Period Ending: | 12/07/13 |

| Trustee Name: | Roy Safanda |
| Bank Name: | Capital One |
| Account Number / CD #: | *******7188  Checking Account |

| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | West Bend, WI  53095 | | | | | |
| 02/06/12 | 001019 | International Sureties, Ltd. | Pay Bond Premium | 2300-000 | | 238.00 | 6,398.25 |
| 02/14/12 | | Transfer from Acct #*******7161 | Bank Funds Transfer | 9999-000 | 50,591.55 | | 56,989.80 |
| 04/19/12 | 11 | Michael Schoppe | Preference v. Mike Schoppe | 1241-000 | 50,000.00 | | 106,989.80 |
| 07/09/12 | 001020 | Susan G. Bloom, CSR | Transcript of 6-28-12 | 2990-000 | | 45.38 | 106,944.42 |
| | | 7757 Somerset Dr. | | | | | |
| | | Marengo, IL  60152 | | | | | |
| 07/16/12 | 11 | Michael Schoppe | Settlement Preference | 1241-000 | 50,000.00 | | 156,944.42 |
| 08/23/12 | 001021 | Patrick M. Kinnally | Per Ct. Order of 8/18/12 | 2990-000 | | 4,997.33 | 151,947.09 |
| | | Kinnally Flaherty et al. | | | | | |
| | | 2114 Deeerpath Rd. | | | | | |
| | | Aurora, IL  60506 | | | | | |
| 10/12/12 | 001022 | Susan G. Bloom, CSR | Transcript of 9/27/12 | 2990-000 | | 30.40 | 151,916.69 |
| | | 7757 Somerset Dr. | | | | | |
| | | Marengo, IL  60152 | | | | | |
| 01/03/13 | | Trsf To UNION BANK | FINAL TRANSFER | 9999-000 | | 151,916.69 | 0.00 |

| | | |
|---|---|---|
| Memo Allocation Receipts: | 0.00 | |
| Memo Allocation Disbursements: | 0.00 | |
| Memo Allocation Net: | 0.00 | |

| | |
|---|---|
| COLUMN TOTALS | 161,241.55 | 161,241.55 | 0.00 |
| Less: Bank Transfers/CD's | 60,591.55 | 151,916.69 | |
| Subtotal | 100,650.00 | 9,324.86 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 100,650.00 | 9,324.86 | |

| | | |
|---|---|---|
| Total Allocation Receipts: | 205,153.40 |
| Total Allocation Disbursements: | 124,339.66 |
| Total Memo Allocation Net: | 80,813.74 |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******0491 | 124,244.03 | 33,550.10 | 0.00 |
| Money Market Account - *******0509 | 50,116.85 | 0.00 | 0.00 |
| Checking Account - *******5667 | 0.00 | 5,294.76 | 342,286.38 |
| Money Market Account - *******7161 | 160,864.30 | 876.88 | 0.00 |
| Checking Account - *******7188 | 100,650.00 | 9,324.86 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| Page Subtotals | 150,591.55 | 157,227.80 | |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 13)*

LFORM24

Ver: 17.03

FORM 2

Page: 11

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-04652  -JHS | Trustee Name: | Roy Safanda |
| Case Name: | SCHOPPE, JOHN M. | Bank Name: | Capital One |
| | | Account Number / CD #: | *******7188  Checking Account |
| Taxpayer ID No: | *******8702 | | |
| For Period Ending: | 12/07/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | 435,875.18 | 49,046.60 | 342,286.38 |
| | | | | | ============= | ============= | ============= |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | Page Subtotals | 0.00 | 0.00 | |

EXHIBIT C

ANALYSIS OF CLAIMS REGISTER

Page 1

Date: December 07, 2013

Case Number:    09-04652

*Claim Type Sequence*

Debtor Name:    SCHOPPE, JOHN M.

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000042 001 3110-00 | Carl F. Safanda, Attorney for Trustee | Administrative | | $23,588.08 | $0.00 | $23,588.08 |
| 000044 001 3210-60 | Jenner & Block, Special Attorney For Trustee | Administrative | | $676,194.72 | $0.00 | $676,194.72 |
| 000043 001 3410-00 | Gould & Pakter, Accountant | Administrative | | $193,257.00 | $0.00 | $193,257.00 |
| 000003 050 4300-00 | JPMorgan Chase Bank, National Association 7255 Baymeadows Way Mail Stop JAX B2007 Jacksonville FL 32256 | Secured | (3-2) Payoff good thru 10/21/09 | $158,441.75 | $0.00 | $158,441.75 |
| 000004 050 4300-00 | JPMorgan Chase Bank, National Association 7255 Baymeadows Way Mail Stop JAX B2007 Jacksonville FL 32256 | Secured | (4-2) Payoff balance thru 10/21/09 | $98,716.88 | $0.00 | $98,716.88 |
| 000005 050 4300-00 | Cook County Treasurer 118 N. Clark St. Ste. 112 Chicago, IL 60602 | Secured | (5-1) REAL ESTATE TAXES | $12,580.42 | $0.00 | $12,580.42 |
| 000006 050 4300-00 | JPMorgan Chase Bank, National Association 7255 Baymeadows Way Mail Stop JAX B2007 Jacksonville FL 32256 | Secured | (6-2) Payoff Good Thru 10-21-09 | $100,704.86 | $0.00 | $100,704.86 |
| 000008 050 4300-00 | ASM Financial Services III LLC 380 Union St Suite 300 West Springfield, MA 01089 | Secured | | $6,287.12 | $0.00 | $6,287.12 |
| 000009A 050 4300-00 | Harris Bank of Aurora N A Kurt Carlson Much Shelist Denenberg Ament & Rubenstei 191 N Wacker Suite 1800 | Secured | | $299,217.21 | $0.00 | $299,217.21 |
| 000010A 050 4300-00 | Harris Bank of Aurora N A Kurt Carlson Much Shelist Denenberg Ament & Rubenstei 191 N Wacker Suite 1800 | Secured | | $1,110,670.76 | $0.00 | $1,110,670.76 |

| | | | | EXHIBIT C | | |
|---|---|---|---|---|---|---|
| Page 2 | | | | ANALYSIS OF CLAIMS REGISTER | | Date: December 07, 2013 |

Case Number:  09-04652
Debtor Name:  SCHOPPE, JOHN M.

*Claim Type Sequence*

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000011 050 4300-00 | Hill, Kent 145 Shorewood Dr. Valparaiso, IN 46385 | Secured | | $200,000.00 | $0.00 | $200,000.00 |
| 000015 050 4300-00 | First Federal Savings Bank C/O Armstron & Surin 724 Columbus St Ottawa, IL 61350 | Secured | (15-1) Mortgage and Note on real estate commonly known as 1401-1451 Adams St., Ottawa, IL 61350 (15-1) Modified on 7/24/2009 to correct creditors address | $1,635,068.00 | $0.00 | $1,635,068.00 |
| 000016 050 4300-00 | Castle Bank NA C/O Special Assets Division PO Box 867 DeKalb, IL 60115 | Secured | | $82,214.00 | $0.00 | $82,214.00 |
| 000017 050 4300-00 | FIRST UNITED BANK c/o Mark F. Kalina, Esq. 100 W. Roosevelt Road, Suite A-1 Wheaton, IL 60187 | Secured | (17-1) 2 Loans/Recorded Mortgages | $1,488,511.19 | $0.00 | $1,488,511.19 |
| 000022 050 4300-00 | Piccone, Keeley & Assoc. Ltd. County Farm Professional Park 122 S South County Farm Rd. Wheaton, IL 60187 | Secured | (22-1) Legal services | $207,850.17 | $0.00 | $207,850.17 |
| 000023 050 4300-00 | Jim Hoeflinger Jonathan T Linnemeyer 1776 S Naperville Rd Suite 104A Wheaton, IL 60189 | Secured | (23-1) Modified on 7/27/2009 to correct creditors address | $33,994.56 | $0.00 | $33,994.56 |
| 000035A 050 4300-00 | Mary S. Atols C/O Donald J Simantz Alschuler Simantz & Hem LLC 1961 West Downer Place Aurora, IL 60506 | Secured | (35-1) Proof of Claim (35-1) Intered in error, filer will file a notice of withdrawal (Modified on 12/3/2010) (KS) | $105,055.00 | $0.00 | $105,055.00 |
| 000002A 040 5800-00 | Internal Revenue Service Centralized Insolvency Operations P.O. Box 21126 Philadelphia, PA 19114 | Priority | | $21,072.60 | $0.00 | $21,072.60 |
| 000019A 040 5800-00 | Thomas Wollenweber and Ginger Wollenweber 251 Second Ave Montgomery, IL 60538 | Priority | (19-1) Breach of Contract (19-1) <b> Incorrect PDF, filer notified to file amended claim (modified on 7/28/09)(19-2) <b>Incorrect pdf, filer notified to refile</b> (Modified on 8/5/2009) | $13,375.00 | $0.00 | $13,375.00 |
| 000020A 040 5800-00 | Thomas Wollenweber and Ginger Wollenweber 251 Second Ave Montgomery, IL 60538 | Priority | (20-1) Breach of Contract (20-1) <b> Incorrect PDF, filer notified to file amended claim (modified on 7/28/09) | $13,375.00 | $0.00 | $13,375.00 |

Page 3

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: December 07, 2013

Case Number:    09-04652
Debtor Name:    SCHOPPE, JOHN M.

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000025A 040 5800-00 | Christopher Pennington PO Box 262 Yorkville, IL 60560 | Priority | | $2,196.38 | $0.00 | $2,196.38 |
| 000026A 040 5800-00 | TN Dept of Labor & Workforce Dev-Unemployment Insurance C/O TN atty General Bankruptcy Div PO Box 20207 Nashville, TN 37202 | Priority | | $1,590.04 | $0.00 | $1,590.04 |
| 000028 040 5800-00 | Mary S. Atols C/O Donald J Simantz Alschuler Simantz & Hem LLC 1961 West Downer Place Aurora, IL 60506 | Priority | (28-1) Modified on 4/12/2010 to correct claim type (KS) | $8,526.72 | $0.00 | $8,526.72 |
| 000030A 040 5800-00 | Internal Revenue Service Centralized Insolvency Operations P.O. Box 21126 Philadelphia, PA 19114 | Priority | | $24,033.85 | $0.00 | $24,033.85 |
| 000001 070 7100-00 | First Bank c/o Fred R. Harbecke 29 S. LaSalle, Suite 945 Chicago, IL 60603 | Unsecured | (1-1) Real estate(1-2) Real estate (1-1) Modified on 2/27/2009 to correct claim amount(1-2) Modified on 2/27/2009 to correct claim amount. Originally filed as claim #27 | $229,536.67 | $0.00 | $229,536.67 |
| 000002B 070 7100-00 | Internal Revenue Service Centralized Insolvency Operations P.O. Box 21126 Philadelphia, PA 19114 | Unsecured | | $1,678.00 | $0.00 | $1,678.00 |
| 000007 070 7100-00 | LVNV Funding LLC Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Unsecured | | $6,369.86 | $0.00 | $6,369.86 |
| 000009B 070 7100-00 | Harris Bank of Aurora N A Kurt Carlson Much Shelist Denenberg Ament & Rubenstei 191 N Wacker Suite 1800 | Unsecured | | $1,110,670.76 | $0.00 | $1,110,670.76 |
| 000010B 070 7100-00 | Harris Bank of Aurora N A Kurt Carlson Much Shelist Denenberg Ament & Rubenstei 191 N Wacker Suite 1800 | Unsecured | | $299,217.21 | $0.00 | $299,217.21 |
| 000012 070 7100-00 | Architectural Design & Construction Corp. C/O Michael G Berland as Bankruptcy Trustee of Hyatt 10B2012 1 North Lasalle Suite 1775 | Unsecured | (12-2) Michael Berland as trustee of Edward Hyatt is now the owner ot this claim (12-1) Modified on 7/22/2009 to correct creditors address(12-2) Incorrect pdf, filer refiled, see claim #12-3 (Modified on 11/18/2010) (KS) | $601,426.48 | $0.00 | $601,426.48 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Page 4                                                                                          Date: December 07, 2013

Case Number:    09-04652                                    Claim Type Sequence
Debtor Name:    SCHOPPE, JOHN M.

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Chicago, IL 60602 | | | | | |
| 000013 070 7100-00 | William G. Roberts, Jr. C/O James K Borcia Tressler et al 233 S Wacker Drive 22nd Floor Chicago, IL 60606 | Unsecured | (13-1) Modified on 7/22/2009 to correct creditors address | $3,730,881.00 | $0.00 | $3,730,881.00 |
| 000014 070 7100-00 | Bridgeview Bank Group C/O Martin J Wasserman 191 N Wacker Suite 1800 Chicago, IL 60606 | Unsecured | (14-1) Modified on 7/23/2009 to correct creditors address | $1,065,594.18 | $0.00 | $1,065,594.18 |
| 000018 070 7100-00 | The Travelers Indemnity Company and It's Affiliate c/o RMS Bankruptcy Recovery Services P.O. Box 5126 Timonium, Maryland 21094 | Unsecured | | $1,405.02 | $0.00 | $1,405.02 |
| 000019B 070 7100-00 | Thomas Wollenweber and Ginger Wollenweber 251 Second Ave Montgomery, IL 60538 | Unsecured | (19-1) Breach of Contract (19-1) <b> Incorrect PDF, filer notified to file amended claim (modified on 7/28/09)(19-2) <b>Incorrect pdf, filer notified to refile</b> (Modified on 8/5/2009) | $251,264.17 | $0.00 | $251,264.17 |
| 000020B 070 7100-00 | Thomas Wollenweber and Ginger Wollenweber 251 Second Ave Montgomery, IL 60538 | Unsecured | (20-1) Breach of Contract (20-1) <b> Incorrect PDF, filer notified to file amended claim (modified on 7/28/09) | $251,264.17 | $0.00 | $251,264.17 |
| 000021 070 7100-00 | Valley Community Bank c/o Miriam R. Stein Arnstein & Lehr LLP 120 S. Riverside Plaza, Suite 2300 Chicago, IL 60606 | Unsecured | (21-1) Deficiency After Sale of Collateral | $1,193,662.00 | $0.00 | $1,193,662.00 |
| 000024 070 7100-00 | William G. Roberts, Jr. C/O James K Borcia Tressler et al 233 S Wacker Drive 22nd Floor Chicago, IL 60606 | Unsecured | (24-1) Modified on 7/27/2009 to correct creditors address | $3,730,881.00 | $0.00 | $3,730,881.00 |
| 000025B 070 7100-00 | Christopher Pennington PO Box 262 Yorkville, IL 60560 | Unsecured | | $2,432.31 | $0.00 | $2,432.31 |
| 000026B 070 7100-00 | TN Dept of Labor & Workforce Dev-Unemployment Insurance C/O TN atty General Bankruptcy Div PO Box 20207 Nashville, TN 37202 | Unsecured | | $30.00 | $0.00 | $30.00 |
| 000027 070 7100-00 | First Bank c/o Fred R. Harbecke 29 S. LaSalle, Suite 945 Chicago, IL 60603 | Unsecured | (27-1) Claim #27 is entered as claim #1-2 . Modified on 10/14/2009 to correct claim amount/type | $229,536.67 | $0.00 | $229,536.67 |

Page 5

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: December 07, 2013

Case Number:   09-04652
Debtor Name:   SCHOPPE, JOHN M.

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000029 070 7100-00 | LVNV Funding LLC Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Unsecured | | $6,369.86 | $0.00 | $6,369.86 |
| 000030B 070 7100-00 | Internal Revenue Service Centralized Insolvency Operations P.O. Box 21126 Philadelphia, PA 19114 | Unsecured | | $1,283.81 | $0.00 | $1,283.81 |
| 000031 070 7100-00 | PYOD LLC its successors and assigns as assignee of Citibank, NA c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | Unsecured | | $28,733.25 | $0.00 | $28,733.25 |
| 000032 070 7100-00 | Chris and Rebecca Youngblood 4055 River Ridge Dr St Charles, IL 60175 | Unsecured | | $850,876.00 | $0.00 | $850,876.00 |
| 000033A 070 7100-00 | Michael Schoppe c/o Schoppe Design Associates, Inc. 126 S. Main Street Oswego, IL 60543 | Unsecured (33-1) Loans | | $202,700.00 | $0.00 | $202,700.00 |
| 000034 070 7100-00 | Schoppe, R. J. 27 Canterbury Rd. Aurora, IL 60506 | Unsecured (34-1) Promissory Notes | | $1,701,750.00 | $0.00 | $1,701,750.00 |
| 000035B 070 7100-00 | Mary S. Atols C/O Donald J Simantz Alschuler Simantz & Hem LLC 1961 West Downer Place Aurora, IL 60506 | Unsecured (35-1) Proof of Claim (35-1) Intered in error, filer will file a notice of withdrawal (Modified on 12/3/2010) (KS) | | $123,244.18 | $0.00 | $123,244.18 |
| 000036 070 7100-00 | Chicago Title Ins. Co. as subrogee of HB Trust #32 c/o Elizabeth Richert Coleman Law Firm 77 West Wacker Drive, Suite 4800 Chicago, Illinois | Unsecured | | $535,762.00 | $0.00 | $535,762.00 |
| 000037 070 7100-00 | Mark Schoppe 1107 W. Galena Blvd. Aurora, IL 60506 | Unsecured (37-1) Loans | | $817,553.30 | $0.00 | $817,553.30 |
| 000038 070 7100-00 | Andrew Toma 1994N4750th Rd. Leland, IL 60531 | Unsecured (38-1) Breach of Contract - Fraud in violation of 11 USC 523 (a)(2)(A) (38-1) Incorrect PDF, Filer Notified to File an Amended Claim (MG) | | $0.00 | $0.00 | $0.00 |
| 000039 070 7100-00 | Kuhn, Steve 164 S. Gladstone Aurora, IL 60506 | Unsecured | | $80,000.00 | $0.00 | $80,000.00 |

| Page 6 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | | Date: December 07, 2013 |
|---|---|---|---|---|---|---|---|

Case Number:    09-04652
Debtor Name:    SCHOPPE, JOHN M.

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000040<br>070<br>7100-00 | Evelyn Disimone<br>616 Chesterfield Ln.<br>North Aurora, IL 60542 | Unsecured | | $100,000.00 | $0.00 | $100,000.00 |
| 000041<br>070<br>7100-00 | LaMonica, Tony & Elaine<br>2 S 654 Ashley Dr.<br>Glen Ellyn, IL 60137 | Unsecured | | $338,756.50 | $0.00 | $338,756.50 |
| | Case Totals: | | | $24,009,399.71 | $0.00 | $24,009,399.71 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-04652
Case Name: SCHOPPE, JOHN M.
Trustee Name: Roy Safanda

Balance on hand                                    $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000003 | JPMorgan Chase Bank, National Association 7255 Baymeadows Way Mail Stop JAX B2007 Jacksonville FL 32256 | $ | $ | $ | $ |
| 000004 | JPMorgan Chase Bank, National Association 7255 Baymeadows Way Mail Stop JAX B2007 Jacksonville FL 32256 | $ | $ | $ | $ |
| 000005 | Cook County Treasurer 118 N. Clark St. Ste. 112 Chicago, IL 60602 | $ | $ | $ | $ |

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000006 | JPMorgan Chase Bank, National Association 7255 Baymeadows Way Mail Stop JAX B2007 Jacksonville FL 32256 | $ | $ | $ | $ |
| 000008 | ASM Financial Services III LLC 380 Union St Suite 300 West Springfield, MA 01089 | $ | $ | $ | $ |
| 000009A | Harris Bank of Aurora N A Kurt Carlson Much Shelist Denenberg Ament & Rubenstei 191 N Wacker Suite 1800 | $ | $ | $ | $ |
| 000010A | Harris Bank of Aurora N A Kurt Carlson Much Shelist Denenberg Ament & Rubenstei 191 N Wacker Suite 1800 | $ | $ | $ | $ |
| 000011 | Hill, Kent 145 Shorewood Dr. Valparaiso, IN 46385 | $ | $ | $ | $ |

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000015 | First Federal Savings Bank C/O Armstron & Surin 724 Columbus St Ottawa, IL 61350 | $ | $ | $ | $ |
| 000016 | Castle Bank NA C/O Special Assets Division PO Box 867 DeKalb, IL 60115 | $ | $ | $ | $ |
| 000017 | FIRST UNITED BANK c/o Mark F. Kalina, Esq. 100 W. Roosevelt Road, Suite A-1 Wheaton, IL 60187 | $ | $ | $ | $ |
| 000022 | Piccone, Keeley & Assoc. Ltd. County Farm Professional Park 122 S South County Farm Rd. Wheaton, IL 60187 | $ | $ | $ | $ |
| 000023 | Jim Hoeflinger Jonathan T Linnemeyer 1776 S Naperville Rd Suite 104A Wheaton, IL 60189 | $ | $ | $ | $ |
| 000035A | Mary S. Atols C/O Donald J Simantz Alschuler Simantz & Hem LLC 1961 West Downer Place Aurora, IL 60506 | $ | $ | $ | $ |

Total to be paid to secured creditors        $_____

Remaining Balance        $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Roy Safanda | $ | $ | $ |
| Trustee Expenses: Roy Safanda | $ | $ | $ |
| Attorney for Trustee Fees: Carl F. Safanda, Attorney for Trustee | $ | $ | $ |
| Attorney for Trustee Expenses: Carl F. Safanda, Attorney for Trustee | $ | $ | $ |
| Accountant for Trustee Fees: Gould & Pakter, Accountant | $ | $ | $ |
| Other: Jenner & Block, Special Attorney | $ | $ | $ |
| Other: Jenner & Block, Special Attorney | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses  $_____

Remaining Balance        $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002A | Internal Revenue Service Centralized Insolvency Operations P.O. Box 21126 Philadelphia, PA 19114 | $ | $ | $ |
| 000019A | Thomas Wollenweber and Ginger Wollenweber 251 Second Ave Montgomery, IL 60538 | $ | $ | $ |
| 000020A | Thomas Wollenweber and Ginger Wollenweber 251 Second Ave Montgomery, IL 60538 | $ | $ | $ |
| 000025A | Christopher Pennington PO Box 262 Yorkville, IL 60560 | $ | $ | $ |
| 000026A | TN Dept of Labor & Workforce Dev-Unemployment Insurance C/O TN atty General Bankruptcy Div PO Box 20207 Nashville, TN 37202 | $ | $ | $ |
| 000028 | Mary S. Atols C/O Donald J Simantz Alschuler Simantz & Hem LLC 1961 West Downer Place Aurora, IL 60506 | $ | $ | $ |
| 000030A | Internal Revenue Service Centralized Insolvency Operations P.O. Box 21126 Philadelphia, PA 19114 | $ | $ | $ |

Total to be paid to priority creditors          $_____

Remaining Balance                                     $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | First Bank<br>c/o Fred R. Harbecke<br>29 S. LaSalle, Suite 945<br>Chicago, IL 60603 | $ | $ | $ |
| 000002B | Internal Revenue Service<br>Centralized Insolvency<br>Operations<br>P.O. Box 21126<br>Philadelphia, PA 19114 | $ | $ | $ |
| 000007 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | $ | $ | $ |
| 000009B | Harris Bank of Aurora N A<br>Kurt Carlson<br>Much Shelist Denenberg<br>Ament & Rubenstei<br>191 N Wacker Suite 1800 | $ | $ | $ |
| 000010B | Harris Bank of Aurora N A<br>Kurt Carlson<br>Much Shelist Denenberg<br>Ament & Rubenstei<br>191 N Wacker Suite 1800 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000012 | Architectural Design & Construction Corp. C/O Michael G Berland as Bankruptcy Trustee of Hyatt 10B2012 1 North Lasalle Suite 1775 Chicago, IL 60602 | $ | $ | $ |
| 000013 | William G. Roberts, Jr. C/O James K Borcia Tressler et al 233 S Wacker Drive 22nd Floor Chicago, IL 60606 | $ | $ | $ |
| 000014 | Bridgeview Bank Group C/O Martin J Wasserman 191 N Wacker Suite 1800 Chicago, IL 60606 | $ | $ | $ |
| 000018 | The Travelers Indemnity Company and It's Affiliate c/o RMS Bankruptcy Recovery Services P.O. Box 5126 Timonium, Maryland 21094 | $ | $ | $ |
| 000019B | Thomas Wollenweber and Ginger Wollenweber 251 Second Ave Montgomery, IL 60538 | $ | $ | $ |
| 000020B | Thomas Wollenweber and Ginger Wollenweber 251 Second Ave Montgomery, IL 60538 | $ | $ | $ |
| 000021 | Valley Community Bank c/o Miriam R. Stein Arnstein & Lehr LLP 120 S. Riverside Plaza, Suite 2300 Chicago, IL 60606 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000024 | William G. Roberts, Jr. C/O James K Borcia Tressler et al 233 S Wacker Drive 22nd Floor Chicago, IL 60606 | $ | $ | $ |
| 000025B | Christopher Pennington PO Box 262 Yorkville, IL 60560 | $ | $ | $ |
| 000026B | TN Dept of Labor & Workforce Dev-Unemployment Insurance C/O TN atty General Bankruptcy Div PO Box 20207 Nashville, TN 37202 | $ | $ | $ |
| 000027 | First Bank c/o Fred R. Harbecke 29 S. LaSalle,Suite 945 Chicago, IL 60603 | $ | $ | $ |
| 000029 | LVNV Funding LLC Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | $ | $ | $ |
| 000030B | Internal Revenue Service Centralized Insolvency Operations P.O. Box 21126 Philadelphia, PA 19114 | $ | $ | $ |
| 000031 | PYOD LLC its successors and assigns as assignee of Citibank, NA c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000032 | Chris and Rebecca Youngblood 4055 River Ridge Dr St Charles, IL 60175 | $ | $ | $ |
| 000033A | Michael Schoppe c/o Schoppe Design Associates, Inc. 126 S. Main Street Oswego, IL 60543 | $ | $ | $ |
| 000034 | Schoppe, R. J. 27 Canterbury Rd. Aurora, IL 60506 | $ | $ | $ |
| 000035B | Mary S. Atols C/O Donald J Simantz Alschuler Simantz & Hem LLC 1961 West Downer Place Aurora, IL 60506 | $ | $ | $ |
| 000036 | Chicago Title Ins. Co. as subrogee of HB Trust #32 c/o Elizabeth Richert Coleman Law Firm 77 West Wacker Drive, Suite 4800 Chicago, Illinois | $ | $ | $ |
| 000037 | Mark Schoppe 1107 W. Galena Blvd. Aurora, IL 60506 | $ | $ | $ |
| 000038 | Andrew Toma 1994N4750th Rd. Leland, IL 60531 | $ | $ | $ |
| 000039 | Kuhn, Steve 164 S. Gladstone Aurora, IL 60506 | $ | $ | $ |
| 000040 | Evelyn Disimone 616 Chesterfield Ln. North Aurora, IL 60542 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000041 | LaMonica, Tony & Elaine<br>2 S 654 Ashley Dr.<br>Glen Ellyn, IL 60137 | $ | $ | $ |

Total to be paid to timely general unsecured creditors   $_____

Remaining Balance   $_____

Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE