UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
SCHOPPE, JOHN M. § Case No. 09-04652
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Roy Safanda, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
US Courthouse
Bankruptcy Clerk
Assignment Desk, Rm 710
219 S. Dearborn St.
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 14 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:15 AM on 02/07/2014 in Courtroom 240,
US Courthouse
100 S. Third St.
Geneva, IL 60134
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/04/2014       By: _____


*Roy Safanda*
*111 East Side Drive*
*Geneva, IL 60134*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| | § | |
| SCHOPPE, JOHN M. | § | Case No. 09-04652 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ |
| and approved disbursements of | $ |
| leaving a balance on hand of[1] | $ |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000003 | JPMorgan Chase Bank, National Association 7255 Baymeadows Way Mail Stop JAX B2007 Jacksonville FL 32256 | $ | $ | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000004 | JPMorgan Chase Bank, National Association 7255 Baymeadows Way Mail Stop JAX B2007 Jacksonville FL 32256 | $ | $ | $ | $ |
| 000005 | Cook County Treasurer 118 N. Clark St. Ste. 112 Chicago, IL 60602 | $ | $ | $ | $ |
| 000006 | JPMorgan Chase Bank, National Association 7255 Baymeadows Way Mail Stop JAX B2007 Jacksonville FL 32256 | $ | $ | $ | $ |
| 000008 | ASM Financial Services III LLC 380 Union St Suite 300 West Springfield, MA 01089 | $ | $ | $ | $ |

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000009A | Harris Bank of Aurora N A Kurt Carlson Much Shelist Denenberg Ament & Rubenstei 191 N Wacker Suite 1800 | $ | $ | $ | $ |
| 000010A | Harris Bank of Aurora N A Kurt Carlson Much Shelist Denenberg Ament & Rubenstei 191 N Wacker Suite 1800 | $ | $ | $ | $ |
| 000011 | Hill, Kent 145 Shorewood Dr. Valparaiso, IN 46385 | $ | $ | $ | $ |
| 000015 | First Federal Savings Bank C/O Armstron & Surin 724 Columbus St Ottawa, IL 61350 | $ | $ | $ | $ |
| 000016 | Castle Bank NA C/O Special Assets Division PO Box 867 DeKalb, IL 60115 | $ | $ | $ | $ |

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000017 | FIRST UNITED BANK c/o Mark F. Kalina, Esq. 100 W. Roosevelt Road, Suite A-1 Wheaton, IL 60187 | $ | $ | $ | $ |
| 000022 | Piccone, Keeley & Assoc. Ltd. County Farm Professional Park 122 S South County Farm Rd. Wheaton, IL 60187 | $ | $ | $ | $ |
| 000023 | Jim Hoeflinger Jonathan T Linnemeyer 1776 S Naperville Rd Suite 104A Wheaton, IL 60189 | $ | $ | $ | $ |
| 000035A | Mary S. Atols C/O Donald J Simantz Alschuler Simantz & Hem LLC 1961 West Downer Place Aurora, IL 60506 | $ | $ | $ | $ |

Total to be paid to secured creditors    $_____

Remaining Balance    $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Roy Safanda | $ | $ | $ |
| Trustee Expenses: Roy Safanda | $ | $ | $ |
| Attorney for Trustee Fees: Carl F. Safanda, Attorney for Trustee | $ | $ | $ |
| Attorney for Trustee Expenses: Carl F. Safanda, Attorney for Trustee | $ | $ | $ |
| Accountant for Trustee Fees: Gould & Pakter, Accountant | $ | $ | $ |
| Other: Jenner & Block, Special Attorney | $ | $ | $ |
| Other: Jenner & Block, Special Attorney | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses   $_____

Remaining Balance   $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002A | Internal Revenue Service Centralized Insolvency Operations P.O. Box 21126 Philadelphia, PA 19114 | $ | $ | $ |
| 000019A | Thomas Wollenweber and Ginger Wollenweber 251 Second Ave Montgomery, IL 60538 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000020A | Thomas Wollenweber and Ginger Wollenweber<br>251 Second Ave<br>Montgomery, IL 60538 | $ | $ | $ |
| 000025A | Christopher Pennington<br>PO Box 262<br>Yorkville, IL 60560 | $ | $ | $ |
| 000026A | TN Dept of Labor & Workforce Dev-Unemployment Insurance<br>C/O TN atty General Bankruptcy Div<br>PO Box 20207<br>Nashville, TN 37202 | $ | $ | $ |
| 000028 | Mary S. Atols<br>C/O Donald J Simantz<br>Alschuler Simantz & Hem LLC<br>1961 West Downer Place<br>Aurora, IL 60506 | $ | $ | $ |
| 000030A | Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 21126<br>Philadelphia, PA 19114 | $ | $ | $ |

Total to be paid to priority creditors                    $_____

Remaining Balance                                        $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be ____ percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | First Bank<br>c/o Fred R. Harbecke<br>29 S. LaSalle,Suite 945<br>Chicago, IL 60603 | $ | $ | $ |
| 000002B | Internal Revenue Service<br>Centralized Insolvency<br>Operations<br>P.O. Box 21126<br>Philadelphia, PA 19114 | $ | $ | $ |
| 000007 | LVNV Funding LLC<br>Resurgent Capital<br>Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | $ | $ | $ |
| 000009B | Harris Bank of Aurora N A<br>Kurt Carlson<br>Much Shelist Denenberg Ament & Rubenstei<br>191 N Wacker Suite 1800 | $ | $ | $ |
| 000010B | Harris Bank of Aurora N A<br>Kurt Carlson<br>Much Shelist Denenberg Ament & Rubenstei<br>191 N Wacker Suite 1800 | $ | $ | $ |
| 000012 | Architectural Design & Construction Corp.<br>C/O Michael G Berland as Bankruptcy Trustee of Hyatt 10B2012<br>1 North Lasalle Suite 1775<br>Chicago, IL 60602 | $ | $ | $ |
| 000013 | William G. Roberts, Jr.<br>C/O James K Borcia<br>Tressler et al<br>233 S Wacker Drive<br>22nd Floor<br>Chicago, IL 60606 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000014 | Bridgeview Bank Group<br>C/O Martin J Wasserman<br>191 N Wacker Suite 1800<br>Chicago, IL 60606 | $ | $ | $ |
| 000018 | The Travelers Indemnity Company and It's Affiliate<br>c/o RMS Bankruptcy Recovery Services<br>P.O. Box 5126<br>Timonium, Maryland 21094 | $ | $ | $ |
| 000019B | Thomas Wollenweber and Ginger Wollenweber<br>251 Second Ave<br>Montgomery, IL 60538 | $ | $ | $ |
| 000020B | Thomas Wollenweber and Ginger Wollenweber<br>251 Second Ave<br>Montgomery, IL 60538 | $ | $ | $ |
| 000021 | Valley Community Bank<br>c/o Miriam R. Stein<br>Arnstein & Lehr LLP<br>120 S. Riverside Plaza, Suite 2300<br>Chicago, IL 60606 | $ | $ | $ |
| 000024 | William G. Roberts, Jr.<br>C/O James K Borcia<br>Tressler et al<br>233 S Wacker Drive<br>22nd Floor<br>Chicago, IL 60606 | $ | $ | $ |
| 000025B | Christopher Pennington<br>PO Box 262<br>Yorkville, IL 60560 | $ | $ | $ |
| 000026B | TN Dept of Labor & Workforce Dev-Unemployment Insurance<br>C/O TN atty General Bankruptcy Div<br>PO Box 20207<br>Nashville, TN 37202 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- | --- |
| 000027 | First Bank<br>c/o Fred R. Harbecke<br>29 S. LaSalle, Suite 945<br>Chicago, IL 60603 | $ | $ | $ |
| 000029 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | $ | $ | $ |
| 000030B | Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 21126<br>Philadelphia, PA 19114 | $ | $ | $ |
| 000031 | PYOD LLC its successors and assigns as assignee of<br>Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | $ | $ | $ |
| 000032 | Chris and Rebecca Youngblood<br>4055 River Ridge Dr<br>St Charles, IL 60175 | $ | $ | $ |
| 000033A | Michael Schoppe<br>c/o Schoppe Design Associates, Inc.<br>126 S. Main Street<br>Oswego, IL 60543 | $ | $ | $ |
| 000034 | Schoppe, R. J.<br>27 Canterbury Rd.<br>Aurora, IL 60506 | $ | $ | $ |
| 000035B | Mary S. Atols<br>C/O Donald J Simantz<br>Alschuler Simantz & Hem LLC<br>1961 West Downer Place<br>Aurora, IL 60506 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000036 | Chicago Title Ins. Co. as subrogee of HB Trust #32<br>c/o Elizabeth Richert<br>Coleman Law Firm<br>77 West Wacker Drive, Suite 4800<br>Chicago, Illinois | $ | $ | $ |
| 000037 | Mark Schoppe<br>1107 W. Galena Blvd.<br>Aurora, IL 60506 | $ | $ | $ |
| 000038 | Andrew Toma<br>1994N4750th Rd.<br>Leland, IL 60531 | $ | $ | $ |
| 000039 | Kuhn, Steve<br>164 S. Gladstone<br>Aurora, IL 60506 | $ | $ | $ |
| 000040 | Evelyn Disimone<br>616 Chesterfield Ln.<br>North Aurora, IL 60542 | $ | $ | $ |
| 000041 | LaMonica, Tony & Elaine<br>2 S 654 Ashley Dr.<br>Glen Ellyn, IL 60137 | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance                                               $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Roy Safanda
Trustee

*Roy Safanda*
*111 East Side Drive*
*Geneva, IL 60134*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.