UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

In re: §
§
SCHOPPE, JOHN M. § Case No. 09-04652
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Roy Safanda, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
US Courthouse
Bankruptcy Clerk
Assignment Desk, Rm 710
219 S. Dearborn St.
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 14 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:15 AM on 02/07/2014 in Courtroom 240,
US Courthouse
100 S. Third St.
Geneva, IL 60134
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/04/2014        By: _____


*Roy Safanda*
*111 East Side Drive*
*Geneva, IL 60134*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SCHOPPE, JOHN M. | § | Case No. 09-04652 |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 560,214.84 |
| and approved disbursements of | $ | 217,928.46 |
| leaving a balance on hand of[1] | $ | 342,286.38 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000003 | JPMorgan Chase Bank, National Association 7255 Baymeadows Way Mail Stop JAX B2007 Jacksonville FL 32256 | $ 158,441.75 | $ 158,441.75 | $ 0.00 | $ 0.00 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000004 | JPMorgan Chase Bank, National Association 7255 Baymeadows Way Mail Stop JAX B2007 Jacksonville FL 32256 | $ 98,716.88 | $ 98,716.88 | $ 0.00 | $ 0.00 |
| 000005 | Cook County Treasurer 118 N. Clark St. Ste. 112 Chicago, IL 60602 | $ 12,580.42 | $ 12,580.42 | $ 0.00 | $ 0.00 |
| 000006 | JPMorgan Chase Bank, National Association 7255 Baymeadows Way Mail Stop JAX B2007 Jacksonville FL 32256 | $ 100,704.86 | $ 100,704.86 | $ 0.00 | $ 0.00 |
| 000008 | ASM Financial Services III LLC 380 Union St Suite 300 West Springfield, MA 01089 | $ 6,287.12 | $ 6,287.12 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000009A | Harris Bank of Aurora N A<br>Kurt Carlson<br>Much Shelist Denenberg Ament & Rubenstei<br>191 N Wacker Suite 1800 | $ 299,217.21 | $ 299,217.21 | $ 0.00 | $ 0.00 |
| 000010A | Harris Bank of Aurora N A<br>Kurt Carlson<br>Much Shelist Denenberg Ament & Rubenstei<br>191 N Wacker Suite 1800 | $ 1,110,670.76 | $ 1,110,670.76 | $ 0.00 | $ 0.00 |
| 000011 | Hill, Kent<br>145 Shorewood Dr.<br>Valparaiso, IN 46385 | $ 200,000.00 | $ 200,000.00 | $ 0.00 | $ 0.00 |
| 000015 | First Federal Savings Bank<br>C/O Armstron & Surin<br>724 Columbus St<br>Ottawa, IL 61350 | $ 1,635,068.00 | $ 1,635,068.00 | $ 0.00 | $ 0.00 |
| 000016 | Castle Bank NA<br>C/O Special Assets Division<br>PO Box 867<br>DeKalb, IL 60115 | $ 82,214.00 | $ 82,214.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000017 | FIRST UNITED BANK c/o Mark F. Kalina, Esq. 100 W. Roosevelt Road, Suite A-1 Wheaton, IL 60187 | $   1,488,511.19 | $   1,488,511.19 | $             0.00 | $             0.00 |
| 000022 | Piccone, Keeley & Assoc. Ltd. County Farm Professional Park 122 S South County Farm Rd. Wheaton, IL 60187 | $      207,850.17 | $      207,850.17 | $             0.00 | $             0.00 |
| 000023 | Jim Hoeflinger Jonathan T Linnemeyer 1776 S Naperville Rd Suite 104A Wheaton, IL 60189 | $        33,994.56 | $        33,994.56 | $             0.00 | $             0.00 |
| 000035A | Mary S. Atols C/O Donald J Simantz Alschuler Simantz & Hem LLC 1961 West Downer Place Aurora, IL 60506 | $      105,055.00 | $      105,055.00 | $             0.00 | $             0.00 |

Total to be paid to secured creditors                                                                                        $                   0.00

Remaining Balance                                                                                                                      $        342,286.38

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Roy Safanda | $ 31,507.89 | $ 0.00 | $ 31,507.89 |
| Trustee Expenses: Roy Safanda | $ 4,345.44 | $ 0.00 | $ 4,345.44 |
| Attorney for Trustee Fees: Carl F. Safanda, Attorney for Trustee | $ 23,043.75 | $ 0.00 | $ 7,907.11 |
| Attorney for Trustee Expenses: Carl F. Safanda, Attorney for Trustee | $ 544.33 | $ 0.00 | $ 186.78 |
| Accountant for Trustee Fees: Gould & Pakter, Accountant | $ 193,257.00 | $ 0.00 | $ 66,313.21 |
| Other: Jenner & Block, Special Attorney | $ 645,790.50 | $ 0.00 | $ 221,593.20 |
| Other: Jenner & Block, Special Attorney | $ 30,404.22 | $ 0.00 | $ 10,432.75 |

Total to be paid for chapter 7 administrative expenses     $       342,286.38

Remaining Balance     $              0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 84,169.59 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002A | Internal Revenue Service Centralized Insolvency Operations P.O. Box 21126 Philadelphia, PA 19114 | $ 21,072.60 | $ 0.00 | $ 0.00 |
| 000019A | Thomas Wollenweber and Ginger Wollenweber 251 Second Ave Montgomery, IL 60538 | $ 13,375.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000020A | Thomas Wollenweber and Ginger Wollenweber 251 Second Ave Montgomery, IL 60538 | $ 13,375.00 | $ 0.00 | $ 0.00 |
| 000025A | Christopher Pennington PO Box 262 Yorkville, IL 60560 | $ 2,196.38 | $ 0.00 | $ 0.00 |
| 000026A | TN Dept of Labor & Workforce Dev-Unemployment Insurance C/O TN atty General Bankruptcy Div PO Box 20207 Nashville, TN 37202 | $ 1,590.04 | $ 0.00 | $ 0.00 |
| 000028 | Mary S. Atols C/O Donald J Simantz Alschuler Simantz & Hem LLC 1961 West Downer Place Aurora, IL 60506 | $ 8,526.72 | $ 0.00 | $ 0.00 |
| 000030A | Internal Revenue Service Centralized Insolvency Operations P.O. Box 21126 Philadelphia, PA 19114 | $ 24,033.85 | $ 0.00 | $ 0.00 |

|   |   |
|---|---|
| Total to be paid to priority creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 17,492,878.40 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | First Bank<br>c/o Fred R. Harbecke<br>29 S. LaSalle,Suite 945<br>Chicago, IL 60603 | $ 229,536.67 | $ 0.00 | $ 0.00 |
| 000002B | Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 21126<br>Philadelphia, PA 19114 | $ 1,678.00 | $ 0.00 | $ 0.00 |
| 000007 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | $ 6,369.86 | $ 0.00 | $ 0.00 |
| 000009B | Harris Bank of Aurora N A<br>Kurt Carlson<br>Much Shelist Denenberg Ament & Rubenstei<br>191 N Wacker Suite 1800 | $ 1,110,670.76 | $ 0.00 | $ 0.00 |
| 000010B | Harris Bank of Aurora N A<br>Kurt Carlson<br>Much Shelist Denenberg Ament & Rubenstei<br>191 N Wacker Suite 1800 | $ 299,217.21 | $ 0.00 | $ 0.00 |
| 000012 | Architectural Design & Construction Corp.<br>C/O Michael G Berland as Bankruptcy Trustee of Hyatt 10B2012<br>1 North Lasalle Suite 1775<br>Chicago, IL 60602 | $ 601,426.48 | $ 0.00 | $ 0.00 |
| 000013 | William G. Roberts, Jr.<br>C/O James K Borcia Tressler et al<br>233 S Wacker Drive 22nd Floor<br>Chicago, IL 60606 | $ 3,730,881.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000014 | Bridgeview Bank Group<br>C/O Martin J Wasserman<br>191 N Wacker Suite 1800<br>Chicago, IL 60606 | $ 1,065,594.18 | $ 0.00 | $ 0.00 |
| 000018 | The Travelers Indemnity Company and It's Affiliate<br>c/o RMS Bankruptcy Recovery Services<br>P.O. Box 5126<br>Timonium, Maryland 21094 | $ 1,405.02 | $ 0.00 | $ 0.00 |
| 000019B | Thomas Wollenweber and Ginger Wollenweber<br>251 Second Ave<br>Montgomery, IL 60538 | $ 251,264.17 | $ 0.00 | $ 0.00 |
| 000020B | Thomas Wollenweber and Ginger Wollenweber<br>251 Second Ave<br>Montgomery, IL 60538 | $ 251,264.17 | $ 0.00 | $ 0.00 |
| 000021 | Valley Community Bank<br>c/o Miriam R. Stein<br>Arnstein & Lehr LLP<br>120 S. Riverside Plaza, Suite 2300<br>Chicago, IL 60606 | $ 1,193,662.00 | $ 0.00 | $ 0.00 |
| 000024 | William G. Roberts, Jr.<br>C/O James K Borcia<br>Tressler et al<br>233 S Wacker Drive<br>22nd Floor<br>Chicago, IL 60606 | $ 3,730,881.00 | $ 0.00 | $ 0.00 |
| 000025B | Christopher Pennington<br>PO Box 262<br>Yorkville, IL 60560 | $ 2,432.31 | $ 0.00 | $ 0.00 |
| 000026B | TN Dept of Labor & Workforce Dev-Unemployment Insurance<br>C/O TN atty General Bankruptcy Div<br>PO Box 20207<br>Nashville, TN 37202 | $ 30.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000027 | First Bank<br>c/o Fred R. Harbecke<br>29 S. LaSalle, Suite 945<br>Chicago, IL 60603 | $ 229,536.67 | $ 0.00 | $ 0.00 |
| 000029 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | $ 6,369.86 | $ 0.00 | $ 0.00 |
| 000030B | Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 21126<br>Philadelphia, PA 19114 | $ 1,283.81 | $ 0.00 | $ 0.00 |
| 000031 | PYOD LLC its successors and assigns as assignee of Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | $ 28,733.25 | $ 0.00 | $ 0.00 |
| 000032 | Chris and Rebecca Youngblood<br>4055 River Ridge Dr<br>St Charles, IL 60175 | $ 850,876.00 | $ 0.00 | $ 0.00 |
| 000033A | Michael Schoppe<br>c/o Schoppe Design Associates, Inc.<br>126 S. Main Street<br>Oswego, IL 60543 | $ 202,700.00 | $ 0.00 | $ 0.00 |
| 000034 | Schoppe, R. J.<br>27 Canterbury Rd.<br>Aurora, IL 60506 | $ 1,701,750.00 | $ 0.00 | $ 0.00 |
| 000035B | Mary S. Atols<br>C/O Donald J Simantz<br>Alschuler Simantz & Hem LLC<br>1961 West Downer Place<br>Aurora, IL 60506 | $ 123,244.18 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000036 | Chicago Title Ins. Co. as subrogee of HB Trust #32<br>c/o Elizabeth Richert<br>Coleman Law Firm<br>77 West Wacker Drive, Suite 4800<br>Chicago, Illinois | $ 535,762.00 | $ 0.00 | $ 0.00 |
| 000037 | Mark Schoppe<br>1107 W. Galena Blvd.<br>Aurora, IL 60506 | $ 817,553.30 | $ 0.00 | $ 0.00 |
| 000038 | Andrew Toma<br>1994N4750th Rd.<br>Leland, IL 60531 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000039 | Kuhn, Steve<br>164 S. Gladstone<br>Aurora, IL 60506 | $ 80,000.00 | $ 0.00 | $ 0.00 |
| 000040 | Evelyn Disimone<br>616 Chesterfield Ln.<br>North Aurora, IL 60542 | $ 100,000.00 | $ 0.00 | $ 0.00 |
| 000041 | LaMonica, Tony & Elaine<br>2 S 654 Ashley Dr.<br>Glen Ellyn, IL 60137 | $ 338,756.50 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors     $ 0.00

Remaining Balance     $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Roy Safanda
                                   Trustee

*Roy Safanda*
*111 East Side Drive*
*Geneva, IL 60134*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                           United States Bankruptcy Court
                           Northern District of Illinois
In re:                                                        Case No. 09-04652-CAD
John M. Schoppe                                               Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: vrowe              Page 1 of 4            Date Rcvd: Jan 06, 2014
                              Form ID: pdf006          Total Noticed: 52


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 08, 2014.
db            #+John M. Schoppe,    2711 Duncan St.,    Batavia, IL 60510-7682
14048253       +ASM Financial Services III LLC,    380 Union St Suite 300,    West Springfield, MA 01089-4128
13525918       +Adams, Michael,    618 W. Galena Blvd.,    Aurora, IL 60506-3850
16437865        Andrew Toma,    1994N4750th Rd.,    Leland, IL 60531
16423875       +Architectural Design & Construction Corp,    Richard L Hirsh & Assoc P C,
                 1500 Eisenhower Lane Suite 800,    Lisle, IL 60532-2135
14185884       +Architectural Design & Construction Corp.,    C/O Michael G Berland as Bankruptcy,
                 Trustee of Hyatt 10B2012,    1 North Lasalle Suite 1775,    Chicago, IL 60602-4065
14083524       +Arlington Place Apartments LLC,    Deutsch Levy & Engel Chartered,
                 225 West Washington Street Ste 1700,    Chicago, IL 60606-3482
14191286       +Bridgeview Bank Group,    C/O Martin J Wasserman,    191 N Wacker Suite 1800,
                 Chicago, IL 60606-1631
14197905       +Castle Bank NA,    C/O Special Assets Division,    PO Box 867,    DeKalb, IL 60115-0867
13525920       +Chicago Title,    601 Riverside Ave.,    Jacksonville, FL 32204-2946
16432674       +Chicago Title Ins. Co. as subrogee of HB Trust #32,    c/o Elizabeth Richert,    Coleman Law Firm,
                 77 West Wacker Drive, Suite 4800,    Chicago, Illinois 60601-1664
13525921        Citi Card,    Customer Service,    Box 6000,    The Lakes, NV 89163-6000
13525922        Citi Cards,    P.O. Box 688902,    Des Moines, IA 50368
13525924        DeKalb County Collector,    110 E. Sycamore St.,    Schiller Park, IL 60176
13525926       +Evelyn Disimone,    616 Chesterfield Ln.,    North Aurora, IL 60542-9100
13525927       +First American Title,    The First American Corporation,    1 First American Way,
                 Santa Ana, CA 92707-5913
13573587       +First Bank,    c/o Fred R. Harbecke,    29 S. LaSalle,Suite 945,    Chicago, IL 60603-1526
14196747       +First Federal Savings Bank,    C/O Armstron & Surin,    724 Columbus St,    Ottawa, IL 61350-5002
13525928       +Hill, Kent,    145 Shorewood Dr.,    Valparaiso, IN 46385-7710
13525930       +Hyatt, Ed,    23132 Joyce Ln.,    Naperville, IL 60564-8901
13792493       +JPMorgan Chase Bank, National Association,    7255 Baymeadows Way,    Mail Stop JAX B2007,
                 Jacksonville FL 32256-6851
13525929       +Jim Hoeflinger,    Jonathan T Linnemeyer,    1776 S Naperville Rd Suite 104A,
                 Wheaton, IL 60189-5831
14202338       +Jim Hoeflinger,    1854 Carrier Circle,    Plainfield, IL 60586-8335
13525932       +Kane County Collector,    P.O. Box 4025,    Geneva, IL 60134-4025
13525933       +Kendall County Tax Collector,    111 Fox St.,    Yorkville, IL 60560-1621
13525934       +Kuhn, Steve,    164 S. Gladstone,    Aurora, IL 60506-4868
13525935       +LaMonica, Tony & Elaine,    2 S 654 Ashley Dr.,    Glen Ellyn, IL 60137-6919
13525936       +LaSalle County Treasurer,    707 E. Etna Rd.,    Ottawa, IL 61350-9309
16434678       +Mark Schoppe,    1107 W. Galena Blvd.,    Aurora, IL 60506-3620
14186560       +Mary S. Atols,    C/O Donald J Simantz,    Alschuler Simantz & Hem LLC,    1961 West Downer Place,
                 Aurora, IL 60506-4384
14283366       +Michael J Davis,    Springer Brown Covey Gaertner & Davis LL,    400 S County Farm Rd Ste 330,
                 Wheaton, IL 60187-4547
16355226       +Michael Schoppe,    c/o Schoppe Design Associates, Inc.,    126 S. Main Street,
                 Oswego, IL 60543-8596
13525937        Mountain National Bank,    P.O. Box 6519,    Sevierville, TN 37864-6519
14202066       +Piccione Keeley & Assocs. Ltd.,    122 South Road,    Wheaton, IL 60187
13525938       +Piccone, Keeley & Assoc. Ltd.,    County Farm Professional Park,    122 S South County Farm Rd.,
                 Wheaton, IL 60187
13525939       +Randall West Condo Assn.,    31 W. Downer Pl.,    #409,    Aurora, IL 60506-5187
15074604       +Robert L McGrath,    Robert L MCGrath P C,    520 W Roosevelt Road Suite 300,
                 Wheaton, IL 60187-5083
13525940       +Schoppe, Mark,    1107 W. Galena Blvd.,    Aurora, IL 60506-3620
13525941       +Schoppe, Michael,    202 Lombardy Ln.,    Oswego, IL 60543-9700
13525942       +Schoppe, R. J.,    27 Canterbury Rd.,    Aurora, IL 60506-4234
14543468       +TN Dept of Labor & Workforce,    Dev-Unemployment Insurance,    C/O TN atty General Bankruptcy Div,
                 PO Box 20207,    Nashville, TN 37202-4015
14201599       +The Travelers Indemnity Company and It's Affiliate,    c/o RMS Bankruptcy Recovery Services,
                 P.O. Box 5126,    Timonium, Maryland 21094-5126
14201989       +Thomas Wollenweber and Ginger Wollenweber,    251 Second Ave,    Montgomery, IL 60538-1531
14202253       +Valley Community Bank,    c/o Miriam R. Stein,    Arnstein & Lehr LLP,
                 120 S. Riverside Plaza, Suite 2300,    Chicago, IL 60606-3913
13525944       +Will County Collector,    Will County Office Building,    302 N. Chicago St.,
                 Joliet, IL 60432-4078
14205505       +William G. Roberts, Jr.,    C/O James K Borcia Tressler et al,    233 S Wacker Drive 22nd Floor,
                 Chicago, IL 60606-6399

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13525923       +E-mail/Text: lbankruptcy@cookcountytreasurer.com Jan 07 2014 00:33:43      Cook County Treasurer,
                 118 N. Clark St.,    Ste. 112,    Chicago, IL 60602-1590
13525925       +E-mail/Text: collector@dupageco.org Jan 07 2014 00:32:56      DuPage County Treasurer,    P.O. 787,
                 Wheaton, IL 60187-0787
13525931        E-mail/Text: cio.bncmail@irs.gov Jan 07 2014 00:32:43      Internal Revenue Service,
                 Centralized Insolvency Operations,    P.O. Box 21126,    Philadelphia, PA 19114
14028282        E-mail/PDF: resurgentbknotifications@resurgent.com Jan 07 2014 00:41:51      LVNV Funding LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
```

```
District/off: 0752-1          User: vrowe               Page 2 of 4                  Date Rcvd: Jan 06, 2014
                              Form ID: pdf006          Total Noticed: 52
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
16224839     +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 07 2014 00:40:39
               PYOD LLC its successors and assigns as assignee of,   Citibank, NA,
               c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
13525943     +E-mail/Text: bankruptcy@firststatebank.biz Jan 07 2014 00:32:35      Valley Community Bank,
               620 E. Main St.,    Saint Charles, IL 60174-2134
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Bob Webster
aty          Coman & Anderson P C
aty          Gould & Paker Associates, LLC
aty          Jenner & Block LLP
aty          Keefe Real Estate, Inc
aty          Kimberly Schnoor
aty          Michael D Pakter
aty          Re/Max International, Inc
13525919     Capital One Bank,   P.O. Box 6492,    GA 30197
15539395     Harris Bank NA
14133883     Harris Bank of Aurora N A,    Kurt Carlson,   Much Shelist Denenberg Ament & Rubenstei,
               191 N Wacker Suite 1800
13573585     first bank
16301349    ##+Chris and Rebecca Youngblood,    4055 River Ridge Dr,    St Charles, IL 60175-5668
14207488    ##+Christopher Pennington,   PO Box 262,    Yorkville, IL 60560-0262
14198159    ##+FIRST UNITED BANK,    c/o Mark F. Kalina, Esq.,    100 W. Roosevelt Road, Suite A-1,
               Wheaton, IL 60187-5260
                                                                                     TOTALS: 12, * 0, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 4, 2014 at the address(es) listed below:
```
              Alan I Ehrenberg    on behalf of Creditor    Harris NA aehrenberg@ehrenbergeganlaw.com
              Alan I Ehrenberg    on behalf of Creditor    HARRIS N.A. aehrenberg@ehrenbergeganlaw.com
              Arthur W Rummler    on behalf of Creditor    Randall West Condominium Association
               arthur.rummler@gmail.com, artrummler@juno.com
              Bradley J Waller    on behalf of Attorney Bradley J Waller bwaller@ksbwl.com,   vmaurer@ksbwl.com
              Bradley J Waller    on behalf of Defendant John M. Schoppe bwaller@ksbwl.com,   vmaurer@ksbwl.com
              Bruce Dopke    on behalf of Creditor     Palace Properties LLC bruce@dopkelaw.com
              Cameron M Gulden    on behalf of U.S. Trustee Patrick S Layng USTPRegion11.es.ecf@usdoj.gov
              Carl F Safanda    on behalf of Trustee Roy  Safanda csafanda@xnet.com
              Carl F Safanda    on behalf of Plaintiff Roy  Safanda csafanda@xnet.com
              Carl F. Safanda, Esq    on behalf of Plaintiff Roy  Safanda rsafanda@xnet.com
              Carl F. Safanda, Esq    on behalf of Trustee Roy  Safanda rsafanda@xnet.com
              Carleen L Cignetto    on behalf of Creditor Committee   Creditors' Committee cignettolaw@gmail.com
              Christine L Childers    on behalf of Plaintiff Roy  Safanda, not individually, but solely as
               chapter 7 trustee of John M. Schoppe, et al. cchilders@jenner.com,
               docketing@jenner.com;aallen@jenner.com
              Christine L Childers    on behalf of Trustee Roy  Safanda cchilders@jenner.com,
               docketing@jenner.com;aallen@jenner.com
              Christine L Childers    on behalf of Attorney    Jenner & Block LLP cchilders@jenner.com,
               docketing@jenner.com;aallen@jenner.com
              Connie J Lambert    on behalf of Creditor Christopher  Youngblood cjlambert@deborahebnerlaw.com
```

```
District/off: 0752-1                  User: vrowe                    Page 3 of 4                   Date Rcvd: Jan 06, 2014
                                      Form ID: pdf006                Total Noticed: 52
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Connie J Lambert     on behalf of Creditor Rebecca  Youngblood cjlambert@deborahebnerlaw.com
              David O. Yuen     on behalf of Plaintiff William G. Roberts, Jr. dyuen@tresslerllp.com,
               jborcia@tresslerllp.com;tresslerdocket@tresslerllp.com
              David O. Yuen     on behalf of Debtor    RML Capital Investment, LLC dyuen@tresslerllp.com,
               jborcia@tresslerllp.com;tresslerdocket@tresslerllp.com
              David O. Yuen     on behalf of Creditor William G. Roberts, Jr. dyuen@tresslerllp.com,
               jborcia@tresslerllp.com;tresslerdocket@tresslerllp.com
              David O. Yuen     on behalf of Debtor    Highland Real Estate of Aurora, Inc. dyuen@tresslerllp.com,
               jborcia@tresslerllp.com;tresslerdocket@tresslerllp.com
              Deborah K Ebner     on behalf of Creditor Committee    Creditors' Committee
               dkebner@deborahebnerlaw.com,
               sbutz@deborahebnerlaw.com;webmaster@debnertrustee.com;lizd@deborahebnerlaw.com
              Deborah K Ebner     on behalf of Attorney Deborah Kanner Ebner dkebner@deborahebnerlaw.com,
               sbutz@deborahebnerlaw.com;webmaster@debnertrustee.com;lizd@deborahebnerlaw.com
              Deborah K Ebner     on behalf of Attorney Robert L McGrath dkebner@deborahebnerlaw.com,
               sbutz@deborahebnerlaw.com;webmaster@debnertrustee.com;lizd@deborahebnerlaw.com
              Deborah K Ebner     on behalf of Creditor Rebecca  Youngblood dkebner@deborahebnerlaw.com,
               sbutz@deborahebnerlaw.com;webmaster@debnertrustee.com;lizd@deborahebnerlaw.com
              Deborah K Ebner     on behalf of Creditor Christopher  Youngblood dkebner@deborahebnerlaw.com,
               sbutz@deborahebnerlaw.com;webmaster@debnertrustee.com;lizd@deborahebnerlaw.com
              Dennis E. Quaid     on behalf of Defendant Michael  Schoppe dquaid@tcfhlaw.com
              Donald J Simantz     on behalf of Creditor Mary  Atols simantz@ashlaw.net
              Elizabeth E Richert     on behalf of Plaintiff    Chicago Title Insurance Company
               erichert@colemanlawfirm.com,   dmueller@colemanlawfirm.com
              Elizabeth E Richert     on behalf of Creditor    Chicago Title Insurance Company, as subrogee of
               Harris Bank Trust No. 3240 erichert@colemanlawfirm.com,   dmueller@colemanlawfirm.com
              Elizabeth E Richert     on behalf of Creditor    Harris, N.A., f/k/a Harris Trust and Savings Bank,
                not on its own behalf but solely as trustee of Harris Trust No. 3240 erichert@colemanlawfirm.com,
                dmueller@colemanlawfirm.com
              Emily N Masalski     on behalf of Creditor    Arlington Place Apartments, LLC masalski@dlec.com,
               jcreviston@dlec.com;emasalski@yahoo.com;wilson@dlec.com
              Fred R Harbecke     on behalf of Creditor    First Bank fredrharbecke@sbcglobal.net
              Fred R Harbecke     on behalf of Creditor    AMCORE fredrharbecke@sbcglobal.net
              Gloria C  Tsotsos     on behalf of Creditor    Ocwen Loan Servicing, LLC nd-two@il.cslegal.com
              Gloria C  Tsotsos     on behalf of Creditor    Ocwen Loan Servicing LLC nd-two@il.cslegal.com
              Gloria C  Tsotsos     on behalf of Creditor    Taylor Bean & Whitaker Mortgage Corp.
               nd-two@il.cslegal.com
              Gregory K Stern     on behalf of Defendant Ingrid E. Schoppe gstern1@flash.net,
               steve_horvath@ilnb.uscourts.gov
              Gregory K Stern     on behalf of Interested Party Elizabeth  Schoppe gstern1@flash.net,
               steve_horvath@ilnb.uscourts.gov
              Gregory K Stern     on behalf of Creditor Michael  Schoppe gstern1@flash.net,
               steve_horvath@ilnb.uscourts.gov
              Gregory K Stern     on behalf of Defendant Michael  Schoppe gstern1@flash.net,
               steve_horvath@ilnb.uscourts.gov
              Jason N Knapp     on behalf of Trustee Roy  Safanda jknapp@jenner.com
              Jeffrey S. Burns     on behalf of Creditor    JPMorgan Chase Bank jburns@cbklaw.com
              John A Lipinsky     on behalf of Debtor    Premier Homes, LLC jlipinsky@comananderson.com,
               khaskell@comananderson.com;tmaurer@comananderson.com
              John A Lipinsky     on behalf of blank    Premier Homes, LLC jlipinsky@comananderson.com,
               khaskell@comananderson.com;tmaurer@comananderson.com
              John A Lipinsky     on behalf of blank John M Schoppe jlipinsky@comananderson.com,
               khaskell@comananderson.com;tmaurer@comananderson.com
              John A Lipinsky     on behalf of blank    RML Capital Investment, LLC jlipinsky@comananderson.com,
               khaskell@comananderson.com;tmaurer@comananderson.com
              John A Lipinsky     on behalf of Creditor    Coman & Anderson, P.C. jlipinsky@comananderson.com,
               khaskell@comananderson.com;tmaurer@comananderson.com
              John A Lipinsky     on behalf of blank    Highland Real Estate of Aurora, Inc.
               jlipinsky@comananderson.com,   khaskell@comananderson.com;tmaurer@comananderson.com
              John A Lipinsky     on behalf of Debtor    RML Capital Investment, LLC jlipinsky@comananderson.com,
               khaskell@comananderson.com;tmaurer@comananderson.com
              John A Lipinsky     on behalf of Debtor    Highland Real Estate of Aurora, Inc.
               jlipinsky@comananderson.com,   khaskell@comananderson.com;tmaurer@comananderson.com
              John A Lipinsky     on behalf of Plaintiff John M Schoppe jlipinsky@comananderson.com,
               khaskell@comananderson.com;tmaurer@comananderson.com
              John A Lipinsky     on behalf of Debtor John M. Schoppe jlipinsky@comananderson.com,
               khaskell@comananderson.com;tmaurer@comananderson.com
              Kelly A Kramer     on behalf of Plaintiff Andrew Stephen Toma kkramer@dankramerlaw.com
              Kelly A Kramer     on behalf of Creditor Thomas  Wollenweber kkramer@dankramerlaw.com
              Kelly A Kramer     on behalf of Creditor Andrew S Toma kkramer@dankramerlaw.com
              Kelly J McClintic     on behalf of Defendant R.J.  Schoppe kmcclintic@keatingshure.com,
               smcclintic@keatingshure.com
              Kelly J McClintic     on behalf of Interested Party Elizabeth  Schoppe kmcclintic@keatingshure.com,
               smcclintic@keatingshure.com
              Kevin H Morse     on behalf of Creditor    Valley Community Bank khmorse@arnstein.com
              Kimberly A. Duda     on behalf of Creditor    Piccione Keeley & Associates, LTD kduda@kdudalaw.com,
               emma@kdudalaw.com;erica@kdudalaw.com
```

```
District/off: 0752-1          User: vrowe               Page 4 of 4                  Date Rcvd: Jan 06, 2014
                              Form ID: pdf006          Total Noticed: 52


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Kurt M Carlson     on behalf of Creditor    Harris Bank Aurora NA kcarlson@muchshelist.com,
               knoonan@carlsondash.com
              Maria  Georgopoulos     on behalf of Creditor    Ocwen Loan Servicing LLC nd-three@il.cslegal.com
              Mark E Shure    on behalf of Defendant R.J.  Schoppe mshure@llflegal.com,  pfleming@llflegal.com
              Mark J. Carroll    on behalf of Creditor    First United Bank carrollmark@ameritech.net
              Martin J Wasserman     on behalf of Creditor    Harris Bank Aurora NA mwasserman@carlsondash.com,
               knoonan@carlsondash.com
              Megan A Drefchinski     on behalf of Creditor Anthony L. Wishart mdrefchinski@collinslaw.com,
               ktaylor@collinslaw.com
              Michael J Kalkowski     on behalf of Creditor    JPMorgan Chase Bank, National Association
               mkalkowski@fisherandshapirolaw.com,  BK_IL_Notice@fisherandshapirolaw.com
              Michael J. Davis    on behalf of Creditor    Randall West Condominium Association
               mdavis@archerbay.com,  davislaw80@gmail.com
              Miriam R. Stein    on behalf of Creditor    Valley Community Bank mstein@chuhak.com,
               kgord@chuhak.com
              Monica C O'Brien    on behalf of Defendant Michael  Schoppe gstern1@flash.net
              Patrick C Keeley    on behalf of Creditor    Piccione Keeley & Associates, LTD pkeeley@pkalaw.com,
               iutim@aol.com;jsingleton@pkalaw.com;mtader@pkalaw.com;tjackson@pkalaw.com;npandey@pkalaw.com;dols
               on@pkalaw.com;soliver@pkalaw.com
              Patrick M Kinnally     on behalf of Spec. Counsel    Kinnally Flaherty Krentz & Loran
               pkinnally@kfkllaw.com,  mlenert@kfkllaw.com;tdegrado@kfkllaw.com
              Patrick M Kinnally     on behalf of Attorney Patrick M. Kinnally pkinnally@kfkllaw.com,
               mlenert@kfkllaw.com;tdegrado@kfkllaw.com
              Patrick M Kinnally     on behalf of Debtor John M. Schoppe pkinnally@kfkllaw.com,
               mlenert@kfkllaw.com;tdegrado@kfkllaw.com
              Patrick S Layng    rsafanda@xnet.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard G Larsen     on behalf of Creditor    Old Second National Bank rlarsen@springerbrown.com,
               vmaurer@kleinstoddard.com;jkrafcisin@springerbrown.com;iprice@springerbrown.com
              Richard L Hirsh    on behalf of Creditor Nicholas  Hyatt richala@sbcglobal.net
              Richard L Hirsh    on behalf of Creditor Edward  Hyatt richala@sbcglobal.net
              Richard L Hirsh    on behalf of Creditor    Architectural Design & Construction Corporation
               richala@sbcglobal.net
              Richard L Hirsh    on behalf of Creditor    Hyatt Realty Corporation richala@sbcglobal.net
              Ronald  Peterson    on behalf of Trustee Roy  Safanda rpeterson@jenner.com,  lraiford@jenner.com
              Roy  Safanda    on behalf of Trustee Roy  Safanda rsafanda@xnet.com,  rsafanda@ecf.epiqsystems.com
              Roy  Safanda    rsafanda@xnet.com,  rsafanda@ecf.epiqsystems.com
              Roy  Safanda    on behalf of Plaintiff Roy  Safanda rsafanda@xnet.com,
               rsafanda@ecf.epiqsystems.com
              Roy  Safanda    on behalf of U.S. Trustee Patrick S Layng rsafanda@xnet.com,
               rsafanda@ecf.epiqsystems.com
              Stanley W Papuga    on behalf of Creditor    Charter One Bank spapuga@kropik.net
              Timothy P Whelan    on behalf of Creditor Rebecca  Youngblood tpwlaw@comcast.net,
               tpwlaw@comcast.net
              Timothy P Whelan    on behalf of Creditor Christopher  Youngblood tpwlaw@comcast.net,
               tpwlaw@comcast.net
              Tyler J Manic    on behalf of Creditor    Harris NA tmanic@ehrenbergeganlaw.com
              William J Connelly    on behalf of Other Prof.    Liberty Mutual Insurance Company
               wconnelly@hinshawlaw.com
              William T Surin    on behalf of Creditor    First Federal Savings Bank aslaw@mchsi.com
              Yanick  Polycarpe    on behalf of Creditor    American Home Mortgage Servicing, Inc.
               ypolycarpe@atty-pierce.com,  northerndistrict@atty-pierce.com
                                                                                             TOTAL: 93
```